FILED

JUN 13 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ KMA DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Dr. Alexander N. Asanov,
individually, and on behalf of his children,
Daniel A. Asanov, Nicolas A. Asanov, minor A.V.
K., similarly situated children and parents -
victims of the Kids-For-Cash-NC criminal
industry, and on behalf of future generations
of American children and parents,
        Plaintiffs

vs.

Belinda K. Sukeena,
Tanya A. Plekan,
Anna E. Worley,
Monica M. Bousman,
Julie L. Bell,
Olga S. Asanov, and
Olena M. Kravets,
        Defendants

Case No. **5:23-CV-00310-BO**

**CIVIL ACTION**
**JURY TRIAL DEMANDED**

**CLASS ACTION COMPLAINT FOR VIOLATION OF CIVIL RIGHTS COMMITTED BY THE ORGANIZED CRIMINAL GROUP UNDER COLOR OF JUSTICE IN THE COURSE OF THE KIDS-FOR-CASH-NC CRIMINAL SCHEME.**

**EMERGENCY PETITION FOR INJUNCTIVE RELIEF TO PREVENT DAMAGES TO U.S. NATIONAL SECURITY - IMPOSING FEDERAL PROTECTION PROGRAM ONTO TIRF LABS, WHICH IS OF PARAMOUNT IMPORTANCE FOR U.S. NATIONAL SECURITY**

---

**EXTERMINATE THE CRIMINAL INDUSTRY KIDS-FOR-CASH-NORTH-CAROLINA.**
**PREVENT DAMAGES TO U.S. NATIONAL SECURITY.**
**IMPOSE FEDERAL PROTECTION PROGRAM ONTO TIRF LABS.**
**OPEN FULL-SCALE FBI/US DOJ INVESTIGATION** Ref No: 301691714; criminal.division@usdoj.gov

**Class Action Complaint for the Violation of Civil Rights, Including Racketeering, Plundering, Committed by the Organized Criminal Group in the Course of the Kids-For-Cash-NC Crimes. The Organized Criminal Group Damaged the U.S. National Security and Exploited Legal system as a Crime-Weapon in Their Hands to Reward Attempted-Murderers for Their Violent Crimes and Destroy Law-abiding Citizens.**

**The Organized Criminal Group, which includes corrupt judges Julie L Bell, Anna E Worley, Monica M Bousman (former), and dirty lawyers Belinda Sukeena and Tanya Plekan, exploited the criminal scheme Kids-For-Cash-NC outlined in Figure 2 for racketeering, extortion, and enriching themselves by illegal ways.**

---

## SUMMARY

Dr. Alexander Asanov, a pro-social, law-abiding, peaceful, super-alpha-Dad of 6 children, an internationally recognized scientist, expert in biological security, member of Rotary and Kiwanis clubs, takes to light this civil class action against the organized criminal group of offenders, who

committed their crimes Kids-For-Cash-NC under the color of justice to criminally enrich themselves, to mutilate for life minor children, and reward their co-conspirators for their attempted-murders and other felony crimes. Dr. Asanov takes to light this civil action individually, on behalf of his emancipated children, Nicolas Asanov, 18, Daniel Asanov, 21, who were minor at the time of the crimes, on behalf of the minor A.V.K., on behalf of numerous similarly situated parents and children, the victims of the Kids-For-Cash-NC crimes, and on behalf of the future generations of American children and parents.

Dr. Asanov initiates this civil class action against well-coordinated, connected professionally, criminal group of offenders, which includes dirty lawyers Ms. Belinda Sukeena, Ms. Tanya Plekan, corrupt judges Ms. Anna Worley, Ms. Monica Bousman (former), Ms. Julie Bell, and violent illegal immigrants, Ms. Olga Asanov, and Ms. Olena Kravets. Ms. Olga Asanov and Ms. Kravets are both suffering from serious mental disorders. They committed felony crimes of attempted-murders, physical and sexual violence against the minor children Nicolas Asanov, Daniel Asanov, A.V.K., and against Dr. Asanov. There is large and intricate complex of their criminal motivations outlined in Figure 2. However, the first line of their criminal motivations is definitely racketeering, plundering, looting their victims with the criminal purpose to enrich themselves by criminal ways.

> **Dr. Asanov urges the FBI and U.S. DOJ to investigate ongoing crimes, outlined in Figures 1 and 2. New wave of these crimes was committed by corrupt judge Bell in collusion with the criminal group, which contains an attempted-murderer, Ms. Olena Kravets and dirty layer Plekan. These crimes severely damaged the U.S. National Security (see below). Dr. Asanov hotly and strongly protested against the crimes of attempted-murder and victim intimidation committed by the organized criminal group. Dr. Asanov strongly protests against corruption of the judge Bell, who openly and cynically rewarded the attempted-murderer for her crimes and damages to the U.S. National Security. Olena Kravets, is a recidivist attempted-murderer. Back in Ukraine she attempted to murder her prior husband, Volodimir Kravets. Olena Kravets is suffering from mental illness and metastases of blood cancer into her brain.**

## Clients with Mental Disability – Favorite Disposable Material for the

## Kids-For-Cash-NC Crimes. Family law requires that mental health evaluation (MHE) is
mandatory performed, if any sign of mental disorder appears. In the case of Olga Asanov, who is suffering from long-term alcoholism-degradation, Dr. Asanov from the Day One demanded MHE for his ex-wife Olga Asanov, who collapsed drunk in public, urinated into her pants in public and exhibited antisocial sexual misconduct with his partner, Robert Cruz, the former pimp. Belinda

Sukeena and Corrupt judge Worley sabotaged MHE, because it does not fit well into their ccriminal scheme outlined in Figure 2. Olena Kravets, the client of dirty lawyer Plekan, is suffering from severe traumatic brain injury after a deadly motorcycle accident. The mental health evaluation for both Defendants, Olga Asanov and Olena Kravets, was dictated by law. It took criminal collusion between dirty lawyers and corrupt judges Worley, Bousman, and Bell, to escape mental health evaluation for Olga and Olena.

**Evidence.** Dr. Asanov, his children and his former families are victims of the Kids-For-Cash crimes during 5 years. During 5 years two waves of these crimes occurred as outlined in Figure 1. Dr. Asanov has personal direct knowledge about the crimes, knows dozens of witnesses and other victims, has accumulated in his files thousands pages of documentary evidence. There are several lawsuits in Wake County court system. They contain video and audio records and plenty of other evidence. Attached is Exhibit 2022-07-13 (6 pages) – Affidavit of Dr. Asanov about attempted-murder and other crimes committed by Ms. Kravets, and Exhibit 2019-08-28 (4 pages) – Affidavit of Ms. Kravets testifying that Dr. Asanov "…is one of the best fathers and one of the best American citizens."

**U.S. National Security.** **There is an urgent issue related to U.S. National Security. Dr. Asanov urges this Court to issue a protective order prohibiting damages to the unique TIRF Laboratory, which Dr. Asanov arranged at his residence at 106 Grendon Place, Cary, NC. The organized criminal group has damaged and nor intends to destroy TIRF Labs, Inc., which is a unique facility of paramount importance for preventing future pandemics and minimizing the damages from existing diseases. The Plaintiff, Dr. Asanov, requests this court to enter an injunctive relief to protect TIRF Labs from damages and, thus, prevent damages to U.S. national security.**

**90%-10%.** Dr. Asanov admits the fact that 90% or about of violence is committed by men. However, there are 10% or about violent crimes that are committed by women. This is the case of mentally-sick Olga Asanov, who is suffering from alcoholism-degradation. This is the case of Olena Kravets, who is suffering from traumatic brain injury and incurable blood cancer with metastases to brain.

Ms. Belinda Sukeena, Ms. Tanya Plekan, Ms. Anna Worley, Ms. Monica Bousman, Ms. Julie Bell, were acting under the color of justice, exploited the Wake County, North Carolina, legal system,

abused its gross deficiencies, betrayed the oath and the most fundamental principles of justice, **to reward violent criminals** Olga Asanov and Olena Kravets **for their crimes** and **to destroy their victims**, who risked to protest against Kids-For-Cash-NC crimes.

The pure-evil criminal offenders, including violent illegal immigrants committed their crimes, damaged minor children, innocent, law-abiding U.S. citizens, and damaged U.S. National Security. The group of offenders is driven by their pathological greed, belligerent feministic hate to all males on gender basis, and other immoral anti-social motivations. They colluded into well-coordinated criminal group to systematically violate civil rights of their victims, including minor children and law-abiding U.S. citizens. The organized criminal group damaged and systematically intimidated their victims, and attempted to destroy the protesting victims, including the crimes of physical violence and attempted murder. The organized criminal group systematically committed crimes of racketeering, extortion, Stalin-Beria falsifications and fabrications, as well as extremely cynical Stalin-Beria falsifications in front of public, looting, plundering, victim intimidations and many other crimes of U.S. Federal jurisdiction. Partially, schemes of these crimes are outlined in Figure 2 entitled **"Mechanisms of Kids-For-Cash-NC Crimes."**

**Damages to U.S. National Security.** The U.S. Federal Government awarded to Dr. Asanov the status "Outstanding Researcher and Professor" and granted to him $4.3 M to develop his biodefense technologies. Dr. Asanov's professional work is of paramount importance for national security of the U.S. nation at the end of COVID-19 and at the verge of future pandemics. The damages caused by the organized group of offenders resulted in damages to biological safety of the U.S., suffering of millions of Americans, and deaths of hundreds of thousands Americans. This civil class action pursues the goal to obtain the relief on civil aspects of the assaults committed by the organized group, obtain monetary compensations for the damages, and to resume professional work for biological safety and security of American nation.

**FBI Investigation.** Dr. Asanov and other members of the class have complained to the U.S. DOJ/FBI about the crimes Kids-For-Cash-NC committed by the organized criminal group. U.S. DOJ assigned Reference No: 301691714, instructed to copy all communications to the email: criminal.division@usdoj.gov, connected to the FBI investigator at email: pumpkinspice8@protonmail.com, to The U.S. Attorneys Sandra Hairston at email: Sandra.Hairston@usdoj.gov, and Michael Easley at email: Michael.Easley@usdoj.gov. The FBI

investigation is pending in the FBI Charlotte Field Office, NC.

## Gross Deficiencies of North Carolina Court System. The organized criminal

group exploits gross deficiencies of the NC legal system to commit their crimes. Figure 1 outlines one line, two waves of the crimes Kids-For-Cash-North-Carolina. This criminal scheme is similar to the notorious crimes in Pennsylvania https://en.wikipedia.org/wiki/Kids_for_cash_scandal The organized group of criminals Sukeena-Plekan-Worley-Bell-Bousman-Olga_Asanov-Olena_Kravets exploits the gross deficiencies of North Carolina judiciary system to deceive, to mislead honest judges, to disregard and suppress fair judgements of honest judges, including three of the most reputable and independent District Judges – A. Dunston, L Meyer, and V. Davidian. On the other hand, the organized criminal group exploits corrupt, mentally-sick judges Bell, Bousman (former) and



Fig.1. One line, two waves of crimes Kids-For-Cash-NC, including attempted-murder, racketeering, extortion, victim intimidation, falsifications committed by alcoholism-degraded O. Asanov and traumatic-brain-injured O. Kravets

Corruption Scheme Kid-For-Cash Include: Tunnel-Vision, Stalin-Beria Falsifications, Racketeering, Victim Intimidation, Extortion, Fraudulent Scheduling, Hiding Pending Motions, Criminal Collusion with Corrupt Judges . See Fig. 2
Tunnel-Vision Corruption: Alcoholic mother left a child to die in a hot car. Father broke into the car to rescue the child. If the entire line of events is consolidated, the alcoholic mother must be punished for her criminal misconduct, the father - rewarded for his pro-social actions. Tunnel-vision rewards alcoholic mother for crimes and punishes father for his life-saving actions.

Wave 1. Felony crimes, including attempted-murders, physical violence and sexual assaults committed by the alcoholism-degraded mother, Olga Asanov, in the Kids-For-Cash-NC crimes.

- Olga Asanov's alcoholism-degradation
- Medea Syndrome – Malicious Mother Syndrome
- Felony 1: Attempted Murder committed against Nicolas Asanov
- Felony 2: Attempted Murder committed against Dr. Alexander Asanov
- Felony 3: Sexual Assaults in Public
- Felony 4: Corruption of Minor Child Daniel Asanov into a Sexual Predator
- Felony 5: Sexual Assault, Intimidation of Minor Child Anastasia Kravets
- Felony 6: Kids-For-Cash-NC Crimes

Dr. Asanov saved life of his minor son Nicolas, helped in crisis to his minor son Daniel, protected from sexual assaults his minor daughter Anastasia, and helped Olga Asanov to stay sober.

Wave 2. Felony crimes, including attempted-murder, and physical-violence committed by the traumatic-brain-injured ex-wife, Olena Kravet, who is suffering from blood cancer with metastases into her brain

- Olena Kravets' traumatic brain injury in a motorcycle accident
- Medea Syndrome – Malicious Mother Syndrome
- Felony 1: Attempted Murder committed against Dr. Asanov
- Felony 2: Physical Violence committed against Dr. Asanov
- Felony 3: Stalin-Beria crimes of falsifications and fabrications
- Felony 4: Abuse of legal system for intimidation and malicious prosecution of crime victims
- Felony 5: Damages to the US National Security
- Felony 6: Kids-For-Cash-NC Crimes

Dr. Asanov rescued his daughter Anastasia from sexual assaults, protected US citizens from COVID-19, and helped O. Kravets to minimize adverse effects of her traumatic-brain-injury and cancer metastases to brain

On May 22, 2020, Judge A. Dunston acquitted Dr. Asanov from fraudulent accusations filed by the attempted-murderer, Olena Kravets
On Feb 17, 2023, Judge V. Davidian acquitted Dr. Asanov from all fraudulent accusations filed by the attempted-murderers, Olga Asanov and Olena Kravets

Worley, and dysfunctional, corrupt agents from law-enforcement agencies, including police, sheriff, CPS, and DA offices, to commit crimes in collusion with violent criminals, attempted-murderers, Kravets and O. Asanov.

## Violation of Clean-Hands Doctrine.
The criminal group with Defendants Olga Asanov and Olena Kravets, violated the most fundamental judicial doctrine of CLEAN HANDS and exploited NC Courts courts as a crime-weapon in their hands to commit crimes, to intimidate their victims and to damage the entire U.S. Nation. Ms. O. Asanov and Ms. Kravets committed a series of felony crimes, including several attempted-murders and numerous crimes of physical violence. Ms. Kravets' and Ms. O. Asanov's hands are in blood of their victims, including minor children. Their felony crimes damaged the U.S. National security. However, the corrupt judges, dirty lawyers and other bad actors cover their crimes.

Ms. Kravets suffers from traumatic brain injury, the mental disorder which is behind her felony crimes. Ms. Kravets survived a motorcycle accident, which left her with skull base fractured and her brain severely damaged. In 2020 or about Ms. Kravets was diagnosed with multiple myeloma (MM) incurable blood cancer. In January 2023 or about blood cancer produced metastases into Ms. Kravets' brain. Ms. Olga Asanov suffers from alcoholism-degradation and addiction to other substances, which is behind her felony crimes.

## Plundering and Looting.
Belinda Sukeena, the dirty lawyer for Olga Asanov, plunders her sick client similar to looting a helpless victim of a road accident. Instead of facilitating medical help for her helpless client, the dirty lawyer Sukeena plunders her alcoholism-degraded client to enrich herself by criminal ways. At the same time, Ms. Kravets' dirty lawyer, Ms. Plekan, also plunders her sick client similar to looting a helpless victim of a road accident. Instead of calling for medical help for her sick client, the dirty lawyer Plekan plunders her brain-damaged client to enrich herself by criminal ways. Ms. Kravets, Ms. O. Asanov and their dirty lawyers Sukeena and Plekan deceived the judicial officers of this court to attain their personal criminal purposes and the criminal goals of the organized criminal group Kids-For-Cash-NC scheme.

## Partially Dysfunctional Law Enforcement Agencies.
The Kids-For-Cash-NC crimes committed by the organized criminal group in North Carolina are similar to the notorious crimes Kids-For-Cash-Pennsylvania committed by the organized criminal group, which included two

corrupt judges Ciavarella and Conahan https://en.wikipedia.org/wiki/Kids_for_cash_scandal It took 8 years and thousands of young kids sold to slavery, before FBI investigated. During 8 years Ciavarella and Conahan destroyed victims of their crimes, who risked to protest. In the other line of crimes, more than 368 young girls, including U.S. Olympic gymnasts, have been raped by the team doctor Larry Nassar, before the FBI investigated https://en.wikipedia.org/wiki/USA_Gymnastics_sex_abuse_scandal. The first result, which ongoing FBI/US DOJ investigations produced was: **law enforcement agencies are dysfunctional and corrupt; they serve to protect the organized criminal groups; they will not protect the victims.**

## Scientists Are Insightful and Often Enrage Authorities

In 1633, Galileo Galilei, a physicist, discovered the heliocentric design, which enraged the establishment. His discovery resulted in malicious prosecution by Rome inquisition. "Eppur si mouve!" In 1971, Dr. Sakharov, a nuclear physicist, spiritual guru of Dr. Asanov, predicted collapse of the USSR. The commi-regime was enraged and declared that Dr. Sakharov is crazy. In 1975, Norwegian Nobel committee didn't agree, granted a Nobel Prize to Dr. Sakharov, and entitled him as "the Conscience of Mankind". In 1991, the USSR collapsed. In 2008, Dr. Turchin, University of Connecticut, a cliodynamics scientist, predicted the 2020-2030 riots, and envisioned the risks of the U.S. to collapse. His prediction enraged the U.S. elites. In 2020, however, the riots started. Overproduction of elites and broad corruption of legal system have imposed huge risks of the predicted U.S. collapse.

In 2017, Dr. Asanov, a physicist, became a victim of corruption in Wake County. Dr. Asanov discovered the Kids-For-Cash-NC criminal industry, which sold 3 of his children at ~$15,000/each. The criminal industry Kids-For-Cash-NC is remarkably similar to the notorious Kids-For-Cash-Pennsylvania crimes. In Pennsylvania it lasted 10+ years and resulted in thousands of young kids sold to slavery, before two of the corrupt judges, Ciavarella and Conahan, were imprisoned.

**On emergency basis Dr. Asanov petitions this court to issue court order preventing damages to U.S. National security via destruction of the TIRF Labs – Dr. Asanov's high-tech firm arranged at his residence at 106 Grendon Place, Cary, NC. Dr. Asanov moves the court to impose emergency federal protection program onto TIRF Labs, which is of paramount importance for U.S. National security. Dr. Asanov moves this Court to appoint a government expert from the Department of Homeland Security to assess the significance of Dr. Asanov's laboratory.**

Dr. Asanov has accumulated crystal-clear, rock-solid direct personal knowledge, extended documentary evidence and dozens of witnesses about the extremely evil crimes Kids-For-Cash-NC. Dr. Asanov urges this Court and U.S. Federal authorities to design all necessary mechanisms to uphold the law, dissolve the industry of crimes, and to punish the criminals, rather than to exploit the legal system to intimidate the victims of the Kids-For-Cash-NC crimes. U.S. Federal investigation is pending under US DOJ Ref No: 301691714. Stop the crimes before the broad-ranged FBI-investigation initiated.

## Figure 2.
# Mechanisms of Kids-For-Cash-NC Crimes
### are similar to the notorious crimes Kids-For-Cash-Pennsylvania
### They Exploit the Following Criminal Schemes:

- ✎ Tunnel-vision Corruption to Cover the Crimes Kids-For-Cash-NC
- ✎ "Death by a Thousand Cuts" Extraordinary Diffuse Criminal Scheme
- ✎ Stalin-Beria Falsifications and Fabrications behind Closed Doors
- ✎ Cynically Open in Front of Public Stalin-Beria Falsifications and Fraud
- ✎ Belligerent Feminism to Destroy Victims, if Victims Dare to Protest
- ✎ Belligerent Feminism to Reward Crimes Committed by Feminists
- ✎ Racketeering ● GATEKEEPER ORDER tuns a court into a closed club
- ✎ Extortion      which serves to criminals to reward criminals for crimes
- ✎ Fraudulent Scheduling, Cynical Ignoring, and Hiding Pending Motions
- ✎ Selective Entertaining of Court Motions Filed Criminal Group Only
- ✎ Victim Intimidation, Including Attempts to Murder Victims
- ✎ Looting and Plundering Mentally-Sick Clients by Dirty Greedy Lawyers
- ✎ Abuse of the Mental Health Evaluation Services by Feminists
- ✎ Abuse of the Child Protection Services by Feminists 90%-10%
- ✎ Abuse of DVPO Mechanisms for Malicious Prosecution by Feminists
- ✎ Abuse of Police and Sheriff for Malicious Prosecution by Feminists
- ✎ Corruption in Police and Sheriff Offices; they serve to protect criminals
- ✎ Collusion between Corrupt Judges and Dirty Lawyers
- ✎ Conflict of Interests of Corrupt Judges and Dirty Lawyers
- ✎ Abuse of Good-Old-Boys and Good-Old-Girls Networks
- ✎ Exploiting Legal System to Reward Criminals for Their Crimes
## ✎ Kids-For-Cash-NC Crimes Damage USA Security

**Example of the Tunnel-Vision Corruption:**
An alcoholic mother left a child to die in hot car. A pro-social father broke into the car to save the child. The father must be rewarded for rescuing the child, rather than punished for breaking into the car. The entire line of events must be consolidated and investigated. The alcoholic mother must be punished. The father should be rewarded for his pro-social actions.
Tunnel-Vision Corruption: *"Father Broke into Car"* - punish the father for breaking into the car.
Tunnel-Vision Corruption rewards alcoholic mother for criminal misconduct, punishes the father.

Case 5:23-cv-00310-M-KS    Document 1    Filed 06/13/23    Page 8 of 38

To stop the crimes, to expunge the fraudulently injected court records, falsified by the criminal group in the Stalin-Beria scheme, Dr. Asanov urges this Federal court, all honest Judges and all officers of this Federal and North Carolina's Courts to step-up personally and stimulate an expedited FBI-investigation to stop the Kids-For-Cash-NC crimes. Dr. Asanov urges to create a special commission, which would assist the U.S. DOJ investigators to stop the Kids-For-Cash-NC crimes without ANY delay.

**Dual-Qualified Attorneys.** This civil case against the criminal industry of the Kids-For-Cash-NC requires a group of top-notch dual-qualified attorneys to complement U.S. DOJ/FBI investigators. Dr. Asanov reserves the right to involve such group of dual-qualified attorneys and to raise funds for their compensation via his professional contacts, via philanthropy, over the www.GoFundMe.com , and other crowdfunding platforms.

**70-30%.** Dr. Asanov believes that 70% or more of Judges are honest and adhere to the highest moral standards to uphold the law and to punish the crime. In particular, Dr. Asanov, along with the most of people of Wake County community, is of the highest opinion about integrity and dignity of District Judges A. Dunston, V. Davidian, L. Meyer and many others.

## Similarities between the Notorious Kids-For-Cash Crimes in Pennsylvania and North Carolina.

There are numerous similarities between the notorious Kids-For-Cash crimes in Pennsylvania and Kids-For-Cash, North Carolina, hereafter – Kids-For-Cash-NC. These similarities include the facts that the PA organized criminal group with two corrupt judges, Ciavarella and Conahan, and numerous indifferent actors that knew about the crimes, but kept silence. The organized criminals in PA sold to modern type of slavery over 3,000 kids, during the period of 8+ years, before the FBI investigated. In North Carolina the organized criminal group with three corrupt judges Worley, Bell and Bousman sold to detrimental environment of immoral criminals estimated hundreds of kids. The FBI also failed to investigate promptly, despite 3 years of protests from the victims of the crimes Kids-For-Cash-NC. Both in PA and NC, just a few victims protested from the thousands of parents and kids – the victims of the Kids-For-Cash. The organized criminal groups in both PA and NC intimidated and destroyed the protested victims and intimidated witnesses and victims. Both Kids-For-Cash-PA and -NC crimes were committed under color of law by organized groups of offenders that included corrupt judges, lawyers, and district attorney

prosecutors. In both cases the FBI failed to investigate promptly, ignoring several complaints. In both cases it took several years and thousands of young kids became the victims, before the FBI investigated.

Dr. Asanov, on behalf of the putative class of similarly situated parents and children, by way of Class Action Complaint reserves the right, as mentioned, to secure dual-qualified attorneys to complement the efforts of U.S. DOJ/FBI investigators. Dr. Asanov reserves the right to involve such group of dual-qualified attorneys, top-notch attorney with all necessary qualifications, who will represent interests of similarly situated children and their families, will perform all functions necessary for the jury trail.

Dr. Asanov individually, on behalf of the putative class of all similarly situated parents, on behalf of his sons Daniel Asanov, Nicolas Asanov, and step-daughter A.V.K. - minor child, individually and on behalf of the putative class of similarly situated children, on behalf on the future generations of American parents and children, by way of Class Action Complaint against the Defendants hereby aver the following:

# I.  JURISDICTION

1. This Court has subject matter jurisdiction upon the federal question of civil rights violation under 28 U.S.C. § 1331, because this action arises under the laws of the United States and under 28 U.S.C. § 1964(c), since this action alleges violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962, et seq.

2. This Court has venue over this action pursuant to 28 U.S.C. §1391(b) and (c) and 18 U.S.C. § 1965. Upon information and belief, Defendants Belinda Sukeena, Tanya Plekan, Anna Worley, Julie Bell, Monica Bousman,   Olga Asanov, and Olena Kravets, reside in this Judicial District, the Eastern District of North Carolina.  Plaintiff, Dr. Asanov, also resides in this Judicial District . A substantial part of the assaults and damages that are giving rise to the claims alleged in this Class Action Complaint occurred in the Judicial District of the Eastern District of North Carolina.

# II. NATURE OF ACTION

3. This is a class action brought against Defendants who, while acting under color of law, engaged in a pattern and practice to conspire, cooperate, scheme, engage in racketeering activity, violate, and willfully subject the class member to a violation of civil rights all for personal gain and/or profit of

Defendants. This class action requests this Court to order that Defendants monetary compensate for the damages to their victims of the Kids-For-Cash-NC crimes. Plaintiff will request the jurors to determine the dollar amount of punitive damages to deter others from potential involvements in such or similar crimes.

      4. It is believed and, therefore, averred that Defendants conspired one and all to violate the civil rights of Plaintiffs and those similarly situated utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Courts. These schemes are outlined in Figure 2. Figure 1 shows two waves of the same closely related line of crimes Kids-For-Cash-NC. The Defendants used schemes that violated civil rights of Dr. Asanov, his children and similarly situated other parents and children. Acting for the purpose to acquire personal gain and/or profit, Defendants separated the children from their righteous families and isolated the children into immoral and criminal environments similar to that of Nikolas Cruz, the mass shooter, Florida.

It was professional, moral, pro-social and logical way prescribed by the NC Family law to APPOINT MENTAL HEALTH EVALUATION OF ALL INVOLVED PARTIES, IF ANY ISSUE ARISES FROM ANY PARTY. Dr. Asanov insisted on MHE for all parties and was ready to pay for MHE. However, the Defendant Sukeena, Worley, Plekan, Bell, and Bousman illegally sabotaged mental health evaluation (MHE) of their clients Olga Asanov, and Olena Kravets, despite the well-known facts of alcoholism-degradation of Olga Asanov, her drunk collapses in public, and traumatic brain injury with blood cancer metastases to brain, in the case of Olena Kravets. The Defendants were acting with clearly criminal illegal purpose of racketeering and plundering their sick helpless clients. These actions included violations of the RICO Statute and intended to enrich Defendants at the expense of the illegal immigrants, Olga Asanov and Olena Kravets, and at acting for the purpose to acquire personal gain and/or profit the expense of the putative class members constitutionally protected civil rights. Defendants Sukeena, Worley, Bell, Bousman, were acting for the purpose to acquire personal gain and/or profit, while Olga Asanov and Olena Kravets paid for the damages to the children caused by the Kids-For-Cash-NC schemes. Defendants denied the children and the parents their constitutional right to the due process. Defendants falsified accusations, fabricated documents and committed in Wake County courts actions of open corruption, similar to that committed by Stalin and Beria in the former USSR. The corruption schemes violate Plaintiff's individual and collective civil rights through the widespread scheme and subversion of the Wake County family, civil and criminal justice systems. This scheme included but was not limited to violations of the RICO Statute and intended to enrich Defendants at the expense of the

illegal immigrants, Olga Asanov and Olena Kravets, and at acting for the purpose to acquire personal gain and/or profit the expense of the putative class members constitutionally protected civil rights.

5. It is believed and therefore averred that Defendants, all women, are suffering from organic psychiatric disorders, biologically hate males, and are also suffering from pathological, anti-social belligerent feminism disorders. It takes belligerent feminism to favor under color of law criminally misconducting alcoholism-degraded female, Olga Asanov, and traumatically brain injured, Olena Kravets, who also suffers from blood cancer metastases into her brain. Defendants conspired one and all to discriminate the Plaintiff only on the basis of his gender. Their crimes were committed at the expense of turning into a criminal a law-abiding righteous parent, because his gender is male. The gender discrimination deprived the civil rights of Plaintiff and those similarly situated utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Court. The schemes of gender discrimination violated civil rights of Plaintiff, his children and similarly situated parents and children. The Plaintiff, Dr. Asanov, a 73-year old male, belongs to the classical generation and the group of men, who admire and treasure women, "if mama ain't happy ain't nobody happy", admits that maternal instinct and maternal bond to a child are primary. Dr. Asanov never laid a finger onto women, and do not respond and do not complain about physical violence committed by women. In the case of physical violence committed by Defendants Olga Asanov and Olena Kravets, Dr. Asanov responded first by warning them about divorce, and then by the divorce itself. Defendants denied the Plaintiff of his constitutional right to the due process. Defendants exploited the corruption schemes, falsified accusations, fabricated documents and committed in Wake County courts actions of open corruption, similar to that committed by Stalin and Beria in the former USSR, acting out of their illegal discrimination on gender basis. It was primary professional responsibility of Belinda Sukeena and Tanya Plekan, to appoint mental health evaluation and medical treatments to their mentally-sick clients, Olga Asanov, and Olena Kravets, respectively. Instead this primary responsibility dictated by the Family law, Belinda Sukeena and Tanya Plekan denied mental health evaluation of their clients and rather plundered them and looted as a roadkill. The corruption schemes violate Plaintiff's individual and collective civil rights through the widespread scheme and subversion of the Wake County family justice system. This scheme included but was not limited to gender discrimination and intended to enrich Defendants at the expense of the putative class members constitutionally protected civil rights.

## III. PARTIES

6. Plaintiff, Dr. Alexander Asanov (Dr. Asanov), is an adult individual and the biological father of Nicolas Asanov, currently 18 years of age, who was a minor during the course of criminal actions committed by the Defendants, and Daniel Asanov, currently 21 years of age, who was a minor in 2018, at the moment when the Defendants started to exploit the criminal scheme Kids-For-Cash-NC. Dr. Asanov is the step-father of A.V.K., a minor, who is currently 15 years of age. Dr. Asanov resides in Cary, Eastern District of North Carolina.

7. Dr. Asanov is a recognized scientific expert known in the U.S. and international scientific communities, in Kiwanis and Rotary civic clubs, and in local community for the highest moral standards, integrity, independence, and extraordinary achievements in the area of molecular diagnostics. The U.S. government certified Dr. Asanov with the status of "Outstanding Researcher and Professor" and awarded him $4.3M in BAA and SBIR grants to develop diagnostics and treatments for COVID-19 and other diseases. Dr. Asanov serves at the panels of experts for The U.S. National Institutes of Health, U.S. National Science Foundation, and U.S. Homeland Security Advanced Research Project Agency (HSARPA), judging the efforts and applications of others, which is a criterion of the highest qualifications. Dr. Asanov invented several products described at www.i-diagnostics.net and www.tirf-labs.com , started several companies and created 100+ high-tech jobs in the USA. His developments and products are critically important for diagnosing and treatment of diseases, including COVID-19 and the future pandemics. Dr. Asanov enjoys the highest spotless reputation in his professional scientific, civic and social communities. Dr. Asanov won intense competition with such giants in the area as Nikon, Olympus, Zeiss, Leica, General Electric, Abbott Laboratories, and others. Spotless reputation is of paramount importance in winning the competition. The organized criminal group systematically damaged Dr. Asanov's reputation to enrich themselves at the expense of U.S. National security.

8. Daniel Asanov was a 15-year-old minor in 2018 and resided in Cary, NC. Currently he resides in Chapel Hill, NC. In February, 2018, after being corrupted by immoral antisocial environment of the alcoholism-degraded Defendant, Olga Asanov, and her partner, the former pimp, Robert Cruz, Daniel Asanov committed sexual assault of a minor child. In the period February- August 2018, Dr. Asanov provided intelligent paternal help and arranged medical and psychiatric treatment for his son Daniel Asanov and offered his help to the Defendant, Olga Asanov. The minor son, Daniel Asanov cooperated.

However, Olga Asanov sabotaged alcohol rehabilitation necessary to her. Instead of providing medical and psychiatric help to Daniel Asanov, the Defendant, Olga Asanov, entered into collusion with the malicious lawyer, Belinda Sukeena, who bragged that she has judge Worley and assistant district attorney in "her pocket." The Defendant, Belinda Sukeena, exploited mental disability of the alcoholism-degraded client and involved the Defendant Olga Asanov, and later the Defendant, Olena Kravets, into the corruption schemes Kids-For-Cash-NC.

9. Nicolas Asanov was a 13-year-old minor in 2018 and resided in Cary, NC. Unlike Daniel, his elder brother, Nicolas was and is a healthy and well-adapted child. In 2018, Nicolas did not need medical or psychological help. However, after one or about years of isolation and corruption in the criminal environment of the Defendant, Olga Asanov, and pimp Robert Cruz, Nicolas committed actions that, if committed by an adult would be considered as crimes. The minor, Nicolas Asanov, was unwanted child of the Defendant, Olga Asanov. She attempted to abort Nicolas, committed assaults of physical violence and negligence of child's basic needs. In 2009, in Cary, NC, Olga attempted to kill Nicolas, which resulted in the divorce. Dr. Asanov became the primary caregiver to Daniel and Nicolas Asanov.

10. A.V.K. was an 11-year-old minor in 2018 and resided in Cary, NC. A.V.K. was the victim of sexual assault committed by the Daniel Asanov. Dr. Asanov arranged broad paternal help and psychological support to A.V.K. and intense parenting and treatment to Daniel Asanov. However, the Defendants Belinda Sukeena, Anna Worley, Monica Bousman intimidated the minor victim, A.V.K., while were acting as judiciary for the illegal purposes to acquire personal gain and/or profit.

11. Defendant Belinda Sukeena, hereinafter Sukeena, is an adult individual residing at 104 Monarch Way, Cary, NC 27518. Sukeena was at all relevant times a lawyer representing the Defendant Olga Asanov in the Wake County Courts. It is believed and, therefore, averred that Sukeena is the key person who masterminded, orchestrated, and played the central role in plotting and implementing the Kids-For-Cash-NC criminal schemes. Sukeena committed sadistic malfeasance with respect to minor children, gross immorality, demonstrated her belligerent lawless, unparalleled cynicism, and sadistic negation of the most fundamental constitutional rights of U.S. citizens, including minor children, at the expense of favoring criminally misconducting illegal immigrants. Sukeena violated basic Family Court rules and the basic human principles, sabotaged due process in the court, sabotaged the testimonies of witnesses, conspired with Defendant Worley behind closed doors and deprived the civil rights of Plaintiff, minor children, and those similarly situated, utilizing a widespread and persistent practice of

the Kids-For-Cash-NC schemes in the Wake County Courts. Dr. Asanov has on his files overwhelming evidence about crimes committed by Defendant Sukeena.

12. Defendant Tanya Plekan, hereinafter Plekan, is an adult individual with the place of business at 1051 Pemberton Hill Rd, Ste 101, Apex, NC 27502. Plekan was at all relevant times a lawyer representing the Defendant Olena Kravets in the Wake County Courts. It is believed and, therefore, averred that Plekan is the key person who has masterminded, orchestrated, and played the central role in plotting and implementing the Kids-For-Cash-NC criminal schemes along the Olena Kravets wave. Plekan committed sadistic malfeasance with respect to minor child, gross immorality, demonstrated her belligerent lawless, unparalleled cynicism, and sadistic negation of the most fundamental constitutional rights of U.S. citizens, including minor children. Defendant Plekan committed crimes to enrich herself at the expense of U.S. National security. She colluded with criminally misconducting illegal immigrants to coach them to commit new crimes by abusing NC legal system. Plekan violated basic Family Court rules and the basic human principles, sabotaged due process in the court, sabotaged the testimonies of witnesses, conspired with Defendant Julie Bell behind closed doors and deprived the civil rights of Plaintiff, minor children, and those similarly situated, utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Courts.

13. Defendant Anna Worley, hereinafter Worley, is an adult individual residing at 1727 Zachary Brook Ln, Raleigh NC 27609-7631, was at all relevant times a Judge on the Family Court of Wake County. It is believed and, therefore, averred that Worley is suffering from organic psychiatric disorders, biologically hates males, and is suffering from belligerent feminism disorders. Defendant Worley committed gross malfeasance, gross immorality, openly and cynically committed Stalin-Beria crimes of falsifications and fabrications, demonstrated her gross belligerent lawless and fundamental ignorance regarding the most fundamental constitutional rights of U.S. citizens at the expense of favoring criminally misconducting illegal immigrants. Worley sabotaged due process in the court, made mockery of court hearing, sabotaged the testimonies of witnesses, conspired with Defendant Sukeena behind closed doors and deprived the civil rights of Plaintiff and those similarly situated utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Family Court. Defendant Worley received monetary sums in cash from the Defendant Sukeena.

14. Defendant Julie Bell, hereinafter Bell, is an adult individual residing at 464 Cedar Pond Ct, Knightdale NC 27545-6063, was at all relevant times a Judge on the Family Court of Wake County. It is

believed and, therefore, averred that Bell is suffering from organic psychiatric disorders, taking large amounts of controlled psychiatric medicine which is not compatible with serving on the bench as a judge. Bell biologically hates males, and is suffering from belligerent feminism disorders. Bell committed gross malfeasance, gross immorality, demonstrated her gross belligerent lawless and fundamental ignorance regarding the most fundamental constitutional rights of U.S. citizens at the expense of favoring criminally misconducting illegal immigrants. Bell sabotaged due process in the court, openly and cynically committed Stalin-Beria crimes of falsifications and fabrications, made mockery of court hearing, sabotaged the testimonies of witnesses, conspired with Defendant Plekan behind closed doors and deprived the civil rights of Plaintiff and those similarly situated utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Family Court.

15. Defendant Monica Bousman, hereinafter Bousman, is an adult individual residing at 5509 Quails Call Ct, Garner, NC 27529, was at all times relevant a Judge on the Family Court of Wake County. At present time she is retired. It is known that Bousman survived an accident with serious brain damage and is suffering from organic psychiatric disorders. Bousman committed gross malfeasance, gross immorality, demonstrated her gross belligerent lawless and fundamental ignorance regarding the constitutional rights of U.S. citizens at the expense of favoring criminally misconducting persons, including illegal immigrants. Bousman committed actions of open gross corruption in the courts, falsified and fabricated documents similar to the notorious crimes of Stalin and Beria in the former USSR. Bousman sabotaged due process in the court, conspired with the AD Adcock to make mockery of court hearing, and deprived the civil rights of Plaintiff and those similarly situated persons utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Court.

16. Assistant District Attorney, Jacquelyn F. Adcock, hereafter Adcock, is an adult individual residing at 3612 Cranston Rd, Garner NC 27529-2616, was at all times relevant an assistant District Attorney of Wake County. Adcock submitted herself under the organized group of Defenders to commit Stalin-Beria falsification of documents during the court hearing on or about February 8, 2019. Because Adcock, to the best of our knowledge participated only in one accident and was instructed to commit crime by the judge Bousman, we do not lit Adcock as a Defendant on this case.

17. Defendant Olga Asanov is an adult individual residing at 1002 Diamond Dove Ln, Apex, NC 27502. She is the former wife of Dr. Asanov, with whom he was married in 2001-2010. Olga is illegal immigrant – she deceived the U.S. government to invade into the USA. Two sons, Daniel Asanov and

Case 5:23-cv-00310-M-KS   Document 1   Filed 06/13/23   Page 16 of 38

Nicolas Asanov were born in the former marriage. Olga Asanov is suffering from alcoholism degradation, committed crimes of extreme physical violence against the minor son Nicolas Asanov, and against Dr. Asanov. Olga Asanov's alcoholism is associated with her drunk collapses in public, urination in public, and anti-social sexual misconduct in public, which broke the former marriage. After the divorce in 2010, Olga continued her degradation caused by alcoholism. In or about 2015 she partnered and later married with the antisocial person, Robert Cruz, who positioned himself as the former pimp. Olga and Robert were secondary caregivers for Daniel Asanov and Nicolas Asanov. However, during approximately 3 years they corrupted the minor Daniel Asanov down to a sexual offender. In February 2018, Daniel Asanov committed sexual assault of a minor child. To separate Daniel Asanov and Nicolas Asanov from Dr. Asanov, their primary caregiver, Olga – the secondary caregiver, colluded with Defendant Sukeena and other members of the organized group of Defendants to buy the children at about $15,000.00 each.

18. Defendant Olena Kravets is an adult individual residing at 224 Terrastone Pl, Cary, NC 27519. She is the former wife of Dr. Asanov, with whom he was married in 2012-2020. Olena immigrated legally on K-1 fiancée visa. No children were born in the former marriage between Dr. Asanov and Olena. A.V.K. is step-daughter of Dr. Asanov. She was the victim of sexual assault committed by Daniel Asanov, after Olga Asanov and Robert Cruz corrupted Daniel Asanov. Defendant Olena Kravets broke under intense victim/witness intimidation assault committed collectively by Defendants. In 2019-2020, Olena Kravets colluded with the organized group Kids-For-Cash-NC to abuse the legal system to commit murdering of Dr. Asanov. Olena committed 3 counts of attempted murder and several counts of physical violence against Dr. Asanov. Olena has committed numerous vicious crimes against Dr. Asanov. Before 2020 these crimes committed by Olena were driven by severe mental disorders. In 2007 or about Olena survived a motorcycle accident, which left her with traumatic brain injury. This disorder was responsible for her monthly bursts of physical violence aggression. In 2020 or about, incurable blood cancer multiple myeloma added on the top of traumatic brain injury. In January-April 2020 Olena Kravets committed several attempted murder felony crimes. One of the episodes of her violence took place at a highway, when Dr. Asanov drove his car.

19. It is believed and, therefore, averred that Defendant Joe Doe, Esquire, is an unidentified Wake County attorney and/or officer at the District Attorney office, co-conspirator of Defendants, who will be identified during the FBI investigation pending. Defendants Joe Doe-2 is unidentified parent, opposing the class member parent, co-conspirator of Defendants, who will be identified during the FBI pending

investigation.

20. At all relevant times of this Complaint, Defendants Worley, Bell and Bousman were judges of the Court for Wake County, North Carolina. Defendant Bousman is former judge, as per the status on December 2, 2021.

21. At all times relevant hereto, Defendants acted directly and through their agents, servants, employees, officers, directors and/or other representatives who are presently known and unknown named individuals.

22. As judges of the Wake County Court, Defendants Worley, Bell, and Bousman (former judge) owed a fiduciary duty to Plaintiff and other citizens and to the Judiciary of North Carolina to file an annual statement of financial interests, reporting the source of any income, direct or indirect. They failed to file complete and true annual statements.

## IV. FACTUAL BACKGROUND

**DAMAGES TO U.S. NATIONAL SECURITY**

***EMERGENCY PETITION FOR INJUNCTIVE RELIEF TO PREVENT DAMAGES TO U.S. NATIONAL SECURITY. MOTION TO IMPOSE FEDERAL PROTECTION PROGRAM ONTO TIRF LABS, WHICH IS OF PARAMOUNT IMPORTANCE FOR U.S. NATIONAL SECURITY***

**Dr. Asanov petitions this Court to order protective injunctive relief to his laboratory, TIRF Labs, at 106 Grendon Place, Cary, NC, to prevent further damages to U.S. national security.**

**Dr. Asanov moves this Court to involve DHS experts to assess the value and impose federal protection program onto TIRF Labs, which is of paramount importance for U.S. national security.**

Case 5:23-cv-00310-M-KS    Document 1    Filed 06/13/23    Page 18 of 38

# IV.A. CAUSES OF ACTION  COUNT I For Violation of RICO, 18 U.S.C. §1961, et seq

23. Dr. Asanov is a recognized scientific expert in lifesciences  known in the U.S. and international scientific communities, in Kiwanis and Rotary civic clubs, and in local community for the highest moral standards, integrity, independence, and extraordinary achievements in the area of molecular diagnostics. The U.S. government granted to Dr. Asanov the status of "Outstanding Researcher and Professor" and awarded $4.3M in BAA and SBIR grants to develop diagnostics and treatments for COVID-19 and other diseases. Dr. Asanov published 60+ papers in leading scientific journals, delivered 40+ invited lectures, serves at the panels of experts for The U.S. National Institutes of Health, U.S. National Science Foundation, and U.S. Homeland Security, judging the efforts and applications of others, which is a criterion of the highest qualifications. Dr. Asanov invented several products described at www.i-diagnostics.net  and www.tirf-labs.com , started several companies and created 100+ high-tech jobs in the USA. His developments and products are critically important for diagnosing and treatment of diseases, including COVID-19, for prevention the future pandemics and minimizing the damage from existing diseases.

24. In 2018, Dr. Asanov and his children became victims of the Kids-For-Cash-NC crimes. In 2018, two years before the COVID-19 pandemic, Dr. Asanov petitioned the office of Wake County District Attorney Lorrin Freeman to immediately stop the crimes Kids-For-Cash-NC against him and his family, because they are damaging the U.S. national security at the verge of inevitable pandemics. Ms. Freeman did not respond, but, in fact, covered the crimes by demonstrating her indifference. In 2020, the coronavirus outbreak rapidly became a pandemic and took more than a million of lives of U.S. citizens. Dr. Asanov's professional work was and is of paramount importance for biological safety of U.S. citizens amidst current and at the verge of future pandemics. The criminal group has damaged Dr. Asanov's professional work, which resulted in numerous deaths of U.S. citizens.

25. The organized criminal group, driven by their criminal goal – to enrich themselves via racketeering and other criminal ways shown in Figure 2 – paralyzed professional work of Dr. Asanov. Their crimes committed under the color of justice severely damaged business and intimidated Dr. Asanov. They committed several counts of attempted murder. In the period 2018-2023, the organized criminal group

exploited U.S. psychiatry and several other sophisticated ways attempting to kill Dr. Asanov.

26. The organized criminal group is extremely dangerous and damaged U.S. National interests, throwing the U.S. law into dirt and serving to criminal illegal immigrants, who conduct criminal lifestyle, rather than serving to law and law-abiding U.S. citizens. Instead of lawful due process, the criminals made mockery of justice, similar to Stalin-Beria crimes. Intellectual capabilities of all colluders of the criminal group are very low. It appears that they do not realize that they are damaging themselves and their own families, if they have them.

Recently, Daniel Krchnavek, who was assigned to the case 21-CVD-3500, and who committed several crimes of secondary importance, ran away form Plekan law firm. It appears that Plekan Lawless Firm is a netter name for Plekan dirty business.

**Dr. Asanov moves this Court to stimulate broad-ranged FBI/US DOJ investigation of the crimes. FBI Special Agent Mr. AJ Maurer has started the U.S. Federal investigation of the Kids-For-Cash-NC crimes and has discovered several extremely corrupt officers of the legal system, who knowingly and willingly commit the crimes Kids-For-Cash-NC. These crimes are under control by the US DOJ Ref No: 301691714; criminal.division@usdoj.gov . Dr. Asanov moves this Court to stop these crimes without any delay and prevent further damages to the U.S. National security caused by the Kids-For-Cash-NC crimes.**

## IV.B. ACTION OF DEFENDANTS COMMON TO ALL COUNTS

The Plaintiff, Dr. Asanov and other class members have direst personal knowledge, are in contact with numerous witnesses and numerous victims the crimes Kids-For-Cash-NC. They have on their personal files massive documentary evidence about the crimes Kids-For-Cash-NC. There are several court files in Wake county courts that carry documentary evidence materials about the crimes Kids-For-Cash-NC against Dr. Asanov and his families. Small portion of these documents related to the Kids-For-Cash-NC crimes against Dr. Asanov are available at the URL: https://tirf-labs.com/kids-for-cash-nc/ and at the Google Drive folder: https://drive.google.com/drive/folders/109ge1TM9NXSHiDHMwhZM3q_dcBThlXVR?usp=sharing. U.S. DOJ/ FBI Special Agent Mr. AJ Maurer (email: pumpkinspice8@protonmail.com) have on his files additional documents and personal knowledge.

27. From or about August 2018 to the present time, June 2023, the exact date being unknown to the Plaintiff, Dr. Asanov, in the Eastern District of North Carolina and elsewhere, Defendants Worley, Bell, and

Bousman, while acting under color of law, engaged in a pattern and practice to conspire, cooperate, scheme, engage in racketeering activity, plundering, looting, victim intimidations, extortion, committing Stalin-Beria type of assaults, exploited the legal system to commit crimes against law-abiding citizens and to reward criminals for their crimes, including the criminally misconducting illegal immigrants, Defendant Olga Asanov, and Defendant Olena Kravets. Olga Asanov is suffering from alcoholism-degradation, commits violent crimes against her children and adult family members. Defendant Olena Kravets is suffering from traumatic brain injury and blood cancer with metastases into her brain. Olena committed several counts of attempted murder felony crimes. She exhibits sudden, sporadic, spontaneous bursts of physical violence, she committed two violent attacks against Dr. Asanov in the middle of a highway, when Dr. Asanov was driving his car. Ms. Kravets is a very dangerous mental-health-patient, who must be reliably isolated from society. Defendants Bell, Worley and Bousman, while serving as judges brutally violated The U.S. Constitution, committed extremely vicious crimes at the benches, and willfully subjected the Plaintiff, Dr. Asanov, and other victims to a violation of civil rights. Additionally, Defendants aided and abetted each other and by other persons known and unknown, devised and intended to devise a material scheme outlined in Figure 2, and artifice to commit murder and/or intimidate Dr. Asanov and the class, who have courage to protest against the crimes committed by the organized group acting under color of law. Corrupt judges Bell, Worley, and Bousman severely damaged public trust in judiciary, damaged all honest and fair judges by depriving the victims of Kids-For-Cash-NC schemes, by depriving parents and children of their civil rights. Instead of the honest services of Wake County Court, the victims of the Kids-For-Cash-NC crimes were extremely severely damaged for the criminal goal of the group: to enrich themselves by criminal schemes. All three Defendants-judges have extremely low, detrimental reputation in Wake County community and among honest lawyers. Defendants Bell, Worley and Bousman made mockery of justice. They practiced the open corruption methods similar to that of Stalin-Beria in the former USSR, committed numerous violations of judiciary standards for the purposes of self-enrichment, self-dealing, concealment, and under the conflict of interest, and within their fiduciary duty. The Defendants exploited complex criminal scheme outlined in Figure 2.

28. Dr. Asanov survived three attempted-murder crimes in the course of two waves of the same line of crimes summarized in Figure 1. Nicolas Asanov survived two attempted-murder attacks of his mother, Defendant Olga Asanov. In furtherance of the Kids-For-Cash-NC scheme and artifice to defraud, Defendants Worley, Bousman, and Bell abused their positions as judges of the Wake County Court,

exploiting the collusion with Defendants Sukeena and Plekan driven by the conflict of interests between these Defendants, pursuing the criminal goal of enrichment by criminal ways. Dr. Asanov submits here by references in its entirety the evidence provided by Honorable John Fitzgerald Molloy "*The Fraternity: Lawyers and Judges in Collusion*". As lawyer and judge for half a century, John F. Molloy both profited from U.S. legal system and saw how it has been altered in favor of lawyers, to the detriment of society. He shows that the legal profession has continuously re-shaped the law, in subtle but significant ways, to make legal services ever more necessary—and more lucrative for the Fraternity/Sorority. The power the Fraternity/Sorority now exercises, including the power to decide political issues, has been accomplished by creating a new religion, that of worshiping the Constitution in ways the founders did not intend—with lawyers and judges the priests of that new religion. Molloy demonstrates terrible deficiencies in U.S. legal system and presents practical solutions. This class civil action pursues the goal to improve the U.S. legal system and cleanse it from corrupt judges and criminally misconducting lawyers. All honest judges are vitally interested in the cleansing of judiciary from corruption.

29. Between approximately August of 2018 and June 2023, Defendants Worley, Bell and Bousman abused their positions of judges and violated civil rights of the Plaintiff and the class and committed in Wake County Courts racketeering , plundering, looting, Victim intimidation, abusive malicious prosecution, assaults similar to that of Stalin-Beria and other assaults violating civil rights of the Plaintiff and other victims of the class.

30. It is believed and therefore averred that Defendants one and all participated in the scheme Kids-For-Cash-NC to receive monetary, other material, and immaterial kickbacks from the payments that Defendants Sukeena, Plekan, and Joe Doe, esquire, illegally received from Defendants Olga Asanov, Olena Kravets, and Joe Doe-2.

31. It is believed and therefore averred that Defendants schemed to deprive children, the Plaintiff Dr. Asanov, and those similarly situated, of their constitutional rights.

32. During the period September 2018- to the present time, June 2023, Defendants Bell and Worley, acting in their capacity as Judges of Wake County Court, committed gross malfeasance, gross immorality, demonstrated their gross belligerent lawless and fundamental ignorance regarding the most fundamental constitutional rights of U.S. citizens at the expense of favoring criminally misconducting Defendants, including illegal immigrants violent attempted-murderers, Defendant Olga Asanov, Olena Kravets, and Defendants Joe Doe-2. Worley and Bell sabotaged due process in the court, made mockery

of court hearing, sabotaged the testimonies of witnesses, conspired with Defendants Sukeena, Plekan, Krchnavek and Joe Doe, Esq., behind closed doors and deprived the civil rights of Plaintiff and those similarly situated utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes in the Wake County Courts outlined in Figure 2.

33. Defendant Bousman, during the period February 2019- to the beginning of 2021, acting in her capacity as Judge of Wake County Court, committed gross malfeasance, gross immorality, demonstrated her gross belligerent lawless and fundamental ignorance regarding the constitutional rights of U.S. citizens at the expense of favoring criminally misconducting persons, including illegal immigrants. Bousman committed actions of open corruption in the courts, falsified and fabricated documents similar to the notorious crimes of Stalin and Beria in the former USSR. Bousman sabotaged due process in the court, conspired with the ADA Adcock to make mockery of court hearing, in front of public, clerks and other court officers Bousman hid key evidences proving innocence of the Plaintiff, Dr. Asanov, and fabricated false evidence - fake documents to turn the law-abiding, innocent, prosocial citizen, Dr. Asanov, into a criminal, to commit fraud of punishing prosocial citizen for saving their children from death, and to reward violent criminals for their crimes of physical violence and immoral corrupting of minor children. Bousman deprived the civil rights of Plaintiff and those similarly situated persons utilizing a widespread and persistent practice of the Kids-For-Cash-NC and Stalin-Beria schemes in the Wake County Court.

34. At all times material to this information, Defendants Bell, Worley and Bousman were judges of the Wake County Court, North Carolina, and, as such, were public officials. Defendants Bell, Worley and Bousman owed a fiduciary duty to the Plaintiff and the class and to the public not to realize personal financial gain through their office other than compensation provided by law, to refrain from conduct that constitutes a conflict of interest or that constitutes seeking or accepting improper influence, to recuse themselves from matters in which they have a conflict of interest, and to file a truthful and complete annual statements of financial interests, reporting the sources of all income, direct or indirect. Defendants Bell, Worley and Bousman failed to implement their duties as public officials and committed gross malfeasance under the color of judges. Defendants Bell, Worley and Bousman betrayed their oath and abused the court system for racketeering, plundering sick clients of their dirty lawyers Sukeena and Plekan who were plundering their mentally sick clients, Olga Asanov and Olena Kravets.

35. Part of the fiduciary duty owed by Defendants Bell, Worley and Bousman included the duty

arising from their positions as judges to disclose material information affecting their ability to engage in impartial decision-making. Defendants Bell, Worley and Bousman breached this duty.

36. It was a part of the scheme Kids-For-Cash-NC and artifice to defraud that Defendants Bell, Worley and Bousman knowingly and intentionally filed materially false annual statements of financial interests which they failed to disclose the source of income they received and in which they failed to disclose their financial relationship with Defendant Sukeena, Plekan, Joe Doe Esq. Olga Asanov, and Olena Kravets, which were material matters.

37. Defendants Bell, Worley and Bousman received envelops with cash money from Defendants Sukeena and Plekan, however, made materially false filings with the North Carolina Administrative Office of the Courts.

38. It was further a part of the Kids-For-Cash-NC scheme and artifice to defraud that Defendants Bell, Worley and Bousman, acting on behalf of the Wake County Court in matters in which they had discretionary decision-making authority, knowingly and intentionally issued written, oral, and wire communications which were materially false to the extent that Defendants Bell, Worley and Bousman did not disclose their conflict of interest and their financial relationship with Defendants Sukeena, Plekan, and Joe Doe Esq. which were material matters.

39. Defendants Bell, Worley, Bousman, Sukeena, Plekan, Joe Doe Esq. and others operating at their behest, exploited the legal system, including magistrate judges, District Attorney office, police and probation officers, and others to intimidate victims of their Kids-For-Cash-NC schemes and even to attempt to kill them. These extremely vicious actions exploited many components of legal system and the coronavirus pandemic as their murder- and crime-weapons. Defendants Bell, Worley and Bousman had discretionary decision-making authority on the matters related to civil rights of the Plaintiff and the class. However, Defendants Bell, Worley and Bousman took these actions, and other actions, without recusing themselves from matters in which they had a conflict of interest, and without disclosing to parties involved in court proceedings their conflict of interest and the financial relationship that existed between Defendants, which were material matters.

40. It was further a part of the scheme and artifice to defraud that Defendants Bell, Worley and Bousman violated their duties of independence, impartiality and integrity in the exercise of their discretionary actions on behalf of the Wake County Court by failing to recuse themselves from acting in matters in which they had a material conflict of interest and in failing to disclose to parties appearing

before the court their conflict of interest and their financial relationship with Defendants Sukeena and Joe Doe Esq. which were material matters. Dr. Asanov requests this Court to order that the Defendants compensate for the damages that they caused by their illegal actions to Dr. Asanov and other Plaintiffs. Dr. Asanov will request the jurors to determine the dollar amounts for direct compensations for damages as well the amounts of punitive damages.

## IV.C. ACTION OF DEFENDANTS SPECIFIC TO INDIVIDUAL DEFENDERS. WAVE 1 – OLGA ASANOV ATTEMPTED-MURDERER AND OTHER CRIMES. CAUSES OF ACTION, COUNT I, For Violation of RICO, 18 U.S.C. § 1961, et seq

41. Figure 1 shows two waves of the same line of crimes and assaults that originate from the same circumstances. This situation is typical for the Kids-For-Cash-NC crimes. Dr. Asanov is a family person, father of 6 children, tolerant, loving, supporting and forgiving. Dr. Asanov was long-term primary caregiver to both his sons from Olga Asanov. Dr. Asanov, father of 6 children, knows well that there is no perfect child on the globe. Every child needs parenting. In February 2018 Daniel committed a sexual assault of a minor child. Dr. Asanov was providing the best parenting to his son Daniel in his teenage crisis, when Olga Asanov colluded with Defendant Belinda Sukeena to buy Daniel at $15,000 and isolate him in the environment similar to that of Nikolas Cruz, the mass shooter, Florida. The family conflict between the father, Dr. Asanov, super-alpha-Dad, and the mother, Olga Asanov, who, unfortunately, suffers from long-term alcoholism degradation and antisocial sexual misconduct in public, resulted in the conflict originated from the Daniel Asanov's sexual assault of a minor. Figures 1 and 2 outline the mechanisms of Kids-For-Cash-NC for the case of Daniel Asanov, Nicolas Asanov, A.V. K., minors, and Dr. Asanov. The scheme demonstrates that numerous crimes and assaults committed by the mother, Defendant Olga Asanov, exploited gross deficiencies of the legal system to commit the crimes Kids-For-Cash-NC. Physically violent, alcoholism degraded criminal, Olga Asanov, who attempted to kill Nicolas and Dr. Asanov, exploited the legal system to collude with the criminal group and maliciously prosecute Dr. Asanov for a fictitious misconduct, which he has never committed.

**Malicious Prosecution – one of the main components of the Kids-For-Cash-NC crimes.**

Case 5:23-cv-00310-M-KS    Document 1    Filed 06/13/23    Page 25 of 38

It took over 5 years, huge suffering and numerous losses in business and personal life, lost health and emotional distress, before on February 17, 2023, the Honorable Judge Vartan Davidian, known in Wake community for his integrity and for the highest moral standards, totally acquitted Dr. Asanov from all fraudulent accusations, maliciously pressed against Dr. Asanov by the organized criminal group.

Dr. Asanov requests that this court orders that Olga Asanov compensates Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes of malicious prosecution caused on Dr. Asanov, on Daniel Asanov, Nicolas Asanov, and A.V. K.

During 8 years of marriage with Olga Asanov and 8 years after divorce, Dr. Asanov was the primary caregiver to his sons Daniel Asanov and Nicolas Asanov and provided to them the best family environment, a child and society can dream about. After the divorce in 2010, the Defendant Olga Asanov continued her alcoholism degradation. By 2018, she became dysfunctional, immoral, collapsed drunk in public, urinated into her pants in public, married the pimp, Robert Cruz, and corrupted Daniel Asanov and Nicolas Asanov to the state, where both of them committed actions that, if committed by an adult, would be crimes.

42. In August 2018, for violation of RICO, 18 U.S.C. § 1961, et seq, Defendant Belinda Sukeena invaded the conflict with the malicious intent to sell the kids for money to the criminal environment of Olga Asanov, and isolate the children from Dr. Asanov, their primary caregiver during 8 years after the divorce.

43. Dr. Asanov insisted on mental Health Evaluation (MHE) to everyone involved into the conflict. It was the OBLIGATION prescribed by law that the Defendant Sukeena as the lawyer for Defendant Olga Asanov, appoints MHE for all involved parties. Dr. Asanov insisted and volunteered to pay for the MHE. Sukeena sabotaged. Sukeena's colleague, John McNeil, Esq. joined Sukeena in or about October 2018. The first thing that John McNeil suggested was - MHE for all involved parties. Sukeena sabotaged, because it would break her criminal scheme Kids-For-Cash-NC and ruin her criminal plans to enrich herself.

44. It is well known that denial to be tested for alcoholism, similar to that in the case of DUI, is the most powerful symptom of alcoholism and DUI, respectively. Sukeena had precision personal knowledge that her client, Olga Asanov, is suffering from alcoholism degradation and cognitive disorders, which made her unfit person for primary custody of the children. However, neither law, nor the best interests of children, nor court rules are driving the Defendant Sukeena. Pathological greed, belligerent feminism, the malicious mother syndrome, violation of RICO, 18 U.S.C. § 1961, et seq, are driving her misconduct

Case 5:23-cv-00310-M-KS   Document 1   Filed 06/13/23   Page 26 of 38

and are making her a person unfit for the legal profession of family lawyer.

45. Dr. Asanov requests that this court orders that Belinda Sukeena compensates Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov. Dr. Asanov requests that this court orders that Tanya A. Plekan compensates Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov. Defendants Sukeena, Plekan, Bell, Worley, Bousman, Olga Asanov and Olena Kravets, knowingly and willingly exploited malicious prosecution as a part of their Kids-For-Cash criminal scheme.

46. Dr. Asanov will request jurors to determine the amount of compensation that the Defendant Bell, Worley, and Bousman must compensate for their direct damages. Dr. Asanov will request jurors to determine the amount of compensation for punitive damages.

## IV. D. ACTION OF DEFENDANTS SPECIFIC TO INDIVIDUAL DEFENDERS. WAVE 2 - OLENA KRAVETS, ATTEMPTED-MURDERER, NUMEROUS FELONY CRIMES AGAINST DR. ASANOV, AND DAMAGES TO U.S. NATIONAL SECURITY. CAUSES OF ACTION, COUNT II, For Violation of RICO, 18 U.S.C. § 1961, et seq

47. Dr. Asanov shows that Defendant, Olena Kravets, in 2007 or about survived a motorcycle accident which left her with severe traumatic brain injury. In addition to traumatic brain injury, since the beginning of 2020 Olena is suffering from multiple myeloma blood cancer. In or about August 2022 the MM blood cancer spread metastases into her brain.

48. Dr. Asanov from his personal sad experience shows that Defendant Olena Kravets is physically dangerous person due to her mental illness. She is suffering from spontaneous, unpredicted, unprovoked bursts of violence. In 2019 Defendant Olena Kravets committed felony crime of physical violence against Dr. Asanov, in the middle of highway, when Dr. Asanov was driving his car.

49. Defendant Olena Kravets in collusion with the organized criminal group in addition to her physical violence crimes, For Violation of RICO, 18 U.S.C. § 1961, et seq, committed victim intimidation crimes, committed fraud on police crimes, fraud on sheriff crimes, crimes of fraud upon courts, crimes of

malicious prosecution, and fraud on domestic violence protection instruments.

50. Defendant Olena Kravets in collusion with the organized criminal group for violation of RICO, 18 U.S.C. § 1961, et seq committed her malicious assault of damaging Dr. Asanov's business operations, caused severe reputational damages. Her crimes and assaults severely damaged physical health of Dr. Asanov and incurred large medical bills.

**51. Defendant Olena Kravets in collusion with the organized criminal group severely damaged U.S. National Security for violation of RICO, 18 U.S.C. § 1961, et seq.**

52. Dr. Asanov, as mentioned above, is an internationally recognized scientist, expert in the area of biological safety. The U.S. Government granted him $4.3M to develop molecular diagnostics and drug screening technologies. He invented, manufactured, and supplied to US DOD, US DHS, NIH, numerous hospitals and universities a broad range of biodetection products listed at www.tirf-labs.com . Dr. Asanov's professional work is of paramount importance for biological safety of U.S. citizens at the end of COVID-19 and at the verge of future pandemics. Dr. Asanov was trained by 4 Nobel Prize winners and acquired unique set of skills, knowledge, and technological capabilities to prevent future pandemics and to minimize the damages caused by existing diseases. Dr. Asanov arranged at his residence at 106 Grendon Place, Cary, NC, unique scientific facility which does not have analogy on the globe. Dr. Asanov bought his house at 106 Grendon Place in 2008, well before his marriage with Olena Kravets in 2012. Olena Kravets was total dependence of Dr. Asanov and did not contribute a penny into family budget.

53. Defendant Olena Kravets, the former wife of Dr. Asanov, committed a series of crimes that damaged not only Dr. Asanov, but the entire U.S. nation. Dr. Asanov testifies here about the crimes and assaults committed by Ms. Kravets. Ms. Kravets colluded with organized criminal group to commit her crimes as a part of the Kids-For-Cash-NC criminal scheme.

54. Dr. Asanov urges the government officers, including the FBI, to stop the crimes, to investigate the crimes committed by Ms. Kravets as a part of Kids-For-Cash-NC crimes and to protect victims of the crimes. Dr. Asanov is residing at 106 Grendon Place, Cary, NC 27519 and run his business, TIRF Labs, from his residence. Dr. Asanov, as mentioned, is known in professional scientific societies, Rotary and Kiwanis civic clubs, and in local communities for his highest moral standards, respect to traditional family values, independence, insightfulness, peaceful pro-social character, altruism, and integrity. Dr. Asanov is a lawful for-merit immigrant, who has achieved the American Dream. Dr. Asanov is giving back to society in Rotary and Kiwanis civic clubs and performs international technological project described at the URL: www.i-

diagnostics.net . The goal of the project is to prevent future pandemics and to minimize the damages from existing diseases. The U.S. government assigned to Dr. Asanov the status of "Outstanding Researcher and Professor." Dr. Asanov founded and co-founded several high-tech companies, and created in the U.S. 150+ high-tech and high-paid jobs, published over 60+ articles in scientific journals, delivered over 40+ invited lectures at U.S. and international scientific meetings. The U.S. Government employs Dr. Asanov for judging scientific work of other researchers, which is the evidence of the highest competency of Dr. Asanov. Dr. Asanov has significantly contributed to the biological safety of American people.

55. Defendant Kravets committed a series of crimes and assaults that have damaged and continue damaging the entire USA in the area of biological security. Dr. Asanov respectfully urges U.S. and NC government officials, including honest judges, to stop the crimes.

57. Dr. Asanov has direct personal knowledge, knows dozens of witnesses, and has documentary evidence about the crimes Kids-For-Cash-NC committed in Wake County, North Carolina that are similar to the notorious crimes Kids-For-Cash-PA. The Kids-For-Cash-NC crimes are committed by an organized criminal group, which includes three corrupt judges, Bell, Bousman and Worley, dirty lawyers, Belinda Sukeena and Tanya Plekan, assistant district attorney Adcock, and his ex-wives, Olga Asanov and Olena Kravets.

58. There are remarkable similarities between the crimes Kids-For-Cash-PA in PA and Kids-For-Cash-NC in NC. Similar to that of Kids-For-Cash-PA in PA, in North Carolina the organized criminal group of Sukeena-*et-alter* has attempted to kill Dr. Asanov, one of the victims, after selling three of his children, Daniel Asanov, Nicolas Asanov, and A.V.K. to the criminal illegal immigrants at approximately $15,000.00 per each child. Despite the fact of retirement of the corrupt judge Bousman, the organized criminal group continues their criminal attempts to kill and damage Dr. Asanov. Dr. Asanov **urges the FBI and DOJ to impose the Programs of Victim Protection onto Dr. Alexander Asanov, and his children, Daniel Asanov, Nicolas Asanov, and A.V.K., without any delay.** Since May 2018, the criminal group Sukeena-*et-alter* isolated the children into the criminal environment of alcohol-degraded mother, Dr. Asanov's ex-wife Olga and her current partner, Mr. Robert Cruz, who brags about himself that he is a former pimp. The environment of Dr. Asanov kids is similar to that of Nikolas Cruz, the notorious mass-shooter from Florida.

**59.** **Attempted Murder Crime Committed by Ms. Kravets.** Dr. Asanov is seeking monetary compensation for the civil aspects of the crime of attempted murder committed against him by Ms.

Kravets, his ex-wife, with whom he parted on May 1, 2020. Ms. Kravets attempted to murder Dr. Asanov to gain the possession of his property, including his house at 106 Grendon Place, Cary, NC 27519. In 2019, Ms. Kravets stimulated Dr. Asanov to sign his Last Will in her favor. On September 30, 2019, Dr. Asanov signed his Last Will, which named Ms. Kravets as the sole beneficiary to inherit Dr. Asanov's properties. After Dr. Asanov signed the Last Will, Ms. Kravets attempted to kill Dr. Asanov to gain sole possession of his properties. Dr. Asanov has precision personal knowledge and documentary evidence about Ms. Kravets' attempts to kill Dr. Asanov exploiting her professional medical knowledge and ongoing COVID-19 pandemic as her murder weapons.

60.     Ms. Kravets was pursuing the goal to become a Registered Medical Nurse in the USA. However, her mental sickness caused by traumatic brain injury and her character are not compatible with any medical profession. Ms. Kravets is suffering from organic psychiatric disorder which results in her unprovoked spikes of physical violence and cruel attempts to kill. Additionally, in 2020 or about she was diagnosed with incurable blood cancer. Ms. Kravets is a heavy burden to the U.S. society. Ms. Kravets exploited her professional medical knowledge to impose onto Dr. Asanov the imminent risks of death using the COVID-19 pandemic and her medical knowledge as her murder weapons. Her crimes and immoral actions are absolutely not compatible with the profession of medical nurse. Dr. Asanov urges the authorities to report about Ms. Kravets crimes to the North Carolina Board of Nursing to prohibit her to practice any medical profession in the U.S.

61.     Ms. Kravets, as mentioned above, survived a motorcycle accident, which left her with severe brain damage. After the accident Ms. Kravets is suffering from organic psychiatric disorders that cause spikes of her physical violence. Back in Ukraine Ms. Kravets deprived her minor daughter, A.V.K. from loving and caring biological father, Mr. Vladimir Kravets. Ms. Kravets bragged that she committed crimes of physical violence against her former husband Vladimir. She did the same to Dr. Asanov, her former husband in the U.S. Ms. Kravets became a heavy burden to U.S. society. Ms. Kravets also committed crimes of abusing the police, sheriff, and court system, damaged Dr. Asanov's business and biological security of the entire U.S. Nation.

62.     *Monetary compensation for the crimes of attempted murder - $750,000.* Dr. Asanov suffered from the crimes of attempted murder physically and emotionally. His physical health severely deteriorated. Large dollar amounts of medical bills followed and are available for reviewing. Emotional damage and damages to his professional work are extremely high. Ms. Kravets must compensate Dr.

Asanov at minimum $750,000 for the damages caused by her crimes of attempted murder.

**63.** **Crimes of physical violence committed by Ms. Kravets in the course of Kids-For-Cash-NC crimes**. In the period August 2019-May 2020, Ms. Kravets committed against Dr. Asanov a series of physical violence crimes, followed by her crimes of scam, deceit, victim intimidation, and abuse of the police, sheriff, courts and instruments of domestic violence protection. Ms. Kravets is an aggressive physical abuser; she attacked Dr. Asanov physically several times. Dr. Asanov belongs to the group of men, who will not fight back when a woman attacks. His self-defense was the warning of divorce, if the physical violence happens again. Since Ms. Kravets suffers from organic psychiatric disorders caused by her brain damage in motorcycle accident, Dr. Asanov used his professional connections to medical doctors to help Ms. Kravets to minimize the adverse effects of her brain damages. In or about October 2019, Ms. Kravets physically attacked Dr. Asanov, when he was driving his car on highway, imposing the high risks of road accident in addition to her crimes of physical violence. After the accident, Dr. Asanov gave the last warning to Ms. Kravets, stated that he will seek the divorce, if her physical attacks happen again.

**64.** However, On April 30, 2020, Ms. Kravets again physically attacked Dr. Asanov, violently hit Dr. Asanov into his face, scratched his cheek, bent his eyeglasses in front of their teenage daughter, A.V. K. was terrified by the scene of cruel physical violence committed by her mother; she ran away to the backyard to escape from her mother violence. April-30-accident was the last one of many prior instances of physical violence. On April 30, 2022, Dr. Asanov stated verbally and wrote a message that he is seeking the divorce. In his Affidavit Exhibit 2022-07-13 Dr. Asanov testifies about the crimes committed by Defendant Olena Kravets.

**65.** *Monetary compensation for the crimes of physical violence - $250,000.* Dr. Asanov has severely suffered from the crimes of physical violence committed by Ms. Kravets. His physical health severely deteriorated. Large dollar amounts of medical bills followed. They are available for reviewing. Emotional damage and damages to his professional work were extremely high. Ms. Kravets must compensate Dr. Asanov at minimum $250,000 for the damages caused by her crimes of physical violence.

**66.** **Fraud and Abuse of the Police Committed by Ms. Kravets**. Dr. Asanov seeks protection of law, prophylactic actions, incarceration of the abuser, retribution, deterrence, other types of punishment , as well rehabilitation that will efficiently deter Defendant Kravets against committing her crimes of exploitation and the abuse of the police for her criminal purposes. During the course of her marriage with Dr. Asanov in 2012-2020, Ms. Kravets systematically committed crimes of physical violence against Dr.

Asanov. Dr. Asanov did not complain to police. After her attacks Dr. Asanov locked the doors into his rooms and escaped from home for a day or two.

**67.** On April 30, 2020, after her new physical attack onto Dr. Asanov, Ms. Kravets committed the deliberate, carefully planned crimes of scam, abusing the police as her crime weapon, to intimidate Dr. Asanov - the victim of her violent criminal attacks. Ms. Kravets called the police with her fraudulent accusations of alleged child abuse and alleged physical violence against her. In fact, Ms. Kravets – the cruel aggressor committed the crime of severe physical violence against Dr. Asanov. She was the abuser, the aggressive violator, who attacked Dr. Asanov physically, scratched his face, and bent his eyeglasses by hitting into his face. By the next step, Ms. Kravets exploited the police to intimidate Dr. Asanov, her victim, to keep Dr. Asanov silent about her crimes. Her extremely violent vicious actions that she committed in front of minor child A.V.K. Terrified A.V.K. was hysterical about the cat, she was crying and screaming. Ms. Kravets violently attacked Dr. Asanov, which terrified A.V.K; she ran away to the backyard. By the next step, Ms. Kravets called the police to intimidate Dr. Asanov. Cary police came, but did not detect any violence or any wrongdoing on Dr. Asanov's side. Dr. Asanov did not complain about violence of his that time wife.

**68.** Dr. Asanov is ready to produce documentary evidence, affidavits, and testify in-person to support his claims of attempted murder, physical violence and victim intimidation crimes committed by Ms. Kravets in the course of Kids-For-Cash-NC crimes. Dr. Asanov believes that it was Olga Asanov, his prior ex-wife, who trained and instructed Ms. Kravets to commit the crimes of physical violence and fraud over the police and DVPO instruments. Nevertheless, Ms. Kravets is an adult person who has to be held responsible for her criminal, illegal, and immoral assaults.

**69.** *Monetary compensation for the crimes of fraud and abuse of the police - $200,000.* Dr. Asanov has severely suffered emotionally and physically from the crimes of fraud and abuse of the police committed by Ms. Kravets. His physical health severely deteriorated. Large dollar amounts of medical bills followed. Emotional damage and damages to his professional work are extremely high. Ms. Kravets must compensate Dr. Asanov at minimum $200,000 for the damages caused by her crimes of the crimes of fraud and abuse of the police.

**70.** **Crimes of the scam and fraud upon courts, malicious prosecution, victim intimidation, and fraud on domestic violence protection instruments.** Dr. Asanov is the victim of physical violence, victim intimidation and many other crimes committed by his ex-wife, Defendant Kravets. Dr. Asanov seeks

Page **32** of **38**

protection of law, prophylactic actions against Ms. Kravets' crimes, her incarceration, retribution, deterrence, other types of punishment, as well her rehabilitation that will efficiently deter Ms. Kravets against committing her crimes of exploitation and the abuse of the courts system for her criminal purposes. Ms. Kravets knowingly and willingly committed the crimes of exploitation, abuse and scam of the Wake County courts and the DVPO instruments. In the period May-June 2020 Defendant Olena Kravets after her physical attacks onto Dr. Asanov, intimidated him by her fraudulent calling the police, while she was the aggressor and Dr. Asanov was her victim. Ms. Kravets knowingly and willingly committed her crimes of scam over the Wake County Courts, abusing the DVPO instruments to further intimidate and damage Dr. Asanov, her victim. Ms. Kravets carefully, deliberately planned crimes to further intimidate Dr. Asanov, and kill him - the victim of her crimes, by committing scam over DVPO instrument, she fraudulently obtained ex parte order, while she was the aggressor and Dr. Asanov was her victim. **On May 22, 2020, Honorable District Judge Ashley Dunston considered the fraudulent accusations filed by Ms. Kravets and heard** Dr. Asanov's **testimony about the April 30, 2020 accident. Honorable District Judge Ashley Dunston ruled in** Dr. Asanov's **favor – she dismissed the fraudulent case maliciously filed by Ms. Kravets and totally acquitted Dr. Asanov from all fraudulent accusations.**

71. *Monetary compensation for the crimes of fraud and abuse of the police - $150,000.* Dr. Asanov has suffered physically and emotionally from the crimes of the scam and fraud upon courts, malicious prosecution, victim intimidation, and fraud on domestic violence protection instruments committed by Ms. Kravets. His physical health deteriorated as the result of her crimes. Large medical bills followed. Emotional damage and damages to Dr. Asanov's professional work are extremely high. Ms. Kravets must compensate to Dr. Asanov at minimum $150,000 for the damages caused by her crimes of fraud and abuse of the courts.

72. **Scam and fraud over the Sheriff.** Dr. Asanov hereby and in attached Affidavit Exhibit 2022-07-13 testifies that he has personal knowledge and crystal-clear documentary evidence of the crimes of scam over the sheriff's office, committed against him by his ex-wife, Ms. Olena Kravets. Dr. Asanov is ready to testify about her crimes. During the peak of COVID-19 pandemic, in compliance with the court rules and Executive Orders of the USA President and the North Carolina Governor, Dr. Asanov emailed to Ms. Kravets his responses that were filed to court files, which is required by law. Dr. Asanov served upon Ms. Kravets nothing else, but the court pleadings, which is required by law. Ms. Kravets, acting with extreme malicious intents committed fraud upon sheriff to instigate Dr. Asanov's unlawful arrest on her fraudulent

accusations on alleged violation of the *ex parte* order, which she obtained by committing scam to intimidate Dr. Asanov – the victim of her violence.

**73.** *Monetary compensation for the crimes of scam and fraud over the sheriff $150,000.* Dr. Asanov has suffered physically and emotionally from the unlawful arrest and incarceration that occurred upon the scam, abuse and fraud upon sheriff's office committed by Ms. Kravets. His physical health deteriorated as the result of her crimes. Large medical bills followed. Emotional damage and damages to Dr. Asanov's professional work are extremely high. Ms. Kravets must compensate Dr. Asanov at minimum $150,000 for the damages caused by her crimes of scam and fraud over the sheriff's office.

**74.** **Malicious damaging of business operations and reputational damages committed by Ms. Kravets.** Dr. Alexander Asanov, hereby declares that he is a peaceful, law-abiding, pro-social U.S. citizen, who belongs to the core of U.S. society, the society, which is suffering from systematic crimes committed by illegal immigrants, such as Ms. Kravets and Ms. Olga Asanov. Unlike the illegal immigrants, who committed crimes upon invading the U.S., and who typically corrupted their children and families, Dr. Asanov is a righteous father and law-abiding altruistic U.S. citizen. He has created more than 150 high-tech, high-paid jobs and developed technologies that are capable of preventing new pandemics and are instrumental in minimizing the damages caused by existing diseases (www.TIRF-Labs.com  www.i-diagnostics.net ). The U.S. government granted Dr. Asanov $4.3M to develop his technologies and products. Dr. Asanov has a unique set of skills and assembled at his home unique laboratory equipment to prevent future pandemics and to minimize the damages caused by existing diseases. His professional work critically depends on his laboratory equipment at his residence at 106 Grendon Place, Cary, NC 27519. His professional work also critically depends on his reputation, which was spotless, before Ms. Kravets committed her crimes, before she intentionally broke Dr. Asanov's business operations and damaged his reputation.

**75.** *Monetary compensation for malicious damaging of business operations and reputational damages committed by Ms. Kravets - $660,000.* Dr. Asanov has suffered physically and emotionally from the unlawful arrest, incarceration, and unlawful eviction from his residence and place of business due to the crimes and illegal actions committed by Ms. Kravets. Dr. Asanov's  business TIRF Labs lost contracts with U.S. DOD, Marquette University, University of Tennessee, Knoxville, and with the government of Uruguay.  Malicious crimes committed by Ms. Kravets severely damaged his business reputation, which is critical for high-tech business, and which was spotless, before Ms. Kravets committed her crimes. The

Case 5:23-cv-00310-M-KS    Document 1    Filed 06/13/23    Page 34 of 38

damages caused by Ms. Kravets' crimes to his professional work are extremely high. Ms. Kravets must compensate Dr. Asanov at minimum $660,000 for the damages caused by her illegal malicious actions of damaging business operations and Dr. Asanov's reputation.

76. **The crimes and illegal assaults committed by Ms. Kravets damaged and continue to damage The U.S. National security**. Dr. Asanov's professional work in the area of biological safety is funded by the U.S. government and is of paramount critical importance for U.S. national safety. The crimes, illegal, and immoral actions committed by Ms. Kravets severely damaged the U.S. national security during the pandemic COVID-19 and at the verge of future pandemics. On behalf of all U.S. citizens Dr. Asanov seeks protection from the crimes of attempted murder and other crimes and claims that he is entitled for monetary compensation for the civil aspects of the crimes committed against him by Ms. Kravets. Dr. Asanov is an internationally recognized expert in the area of biological safety. He has precision personal knowledge and documentary evidence showing that Ms. Kravets committed crimes that severely damaged the U.S. national security.

77. *Monetary compensation for the crimes and illegal assaults committed by Ms. Kravets that damaged and continue to damage The U.S. national security - $750,000.* Dr. Asanov's business activities, his scientific and technological projects and the U.S. National security have been damaged by crimes and unlawful actions committed by Ms. Kravets as the driving force in the organized criminal group Kids-For-Cash-NC. Malicious crimes committed by Ms. Kravets severely damaged Dr. Asanov's business operations that are of paramount importance for the entire U.S. Nation. The damages caused by Ms. Kravets' crimes to his professional work are extremely high and are too difficult to overestimate. Ms. Kravets must compensate Dr. Asanov at minimum $750,000 for the damages caused by her illegal malicious actions damaging my business operations and the entire U.S. Nation.

78. Dr. Asanov seeks protection by the law enforcement agencies, including FBI, and DOJ, against the malicious crimes committed by Ms. Kravets as a member of the organized criminal group with three corrupt judges. Dr. Asanov seeks protection by U.S. Federal and NC State Programs of Victim/Witness Protection. Dr. Asanov was and still is under enormous physical distress and under financial and emotional distress. Dr. Asanov requests assistance of public victim's advocates.

79. It is extremely difficult for a law-abiding citizen to deal with an organized criminal group, which includes district judges openly committing corruption of Stalin-Beria crimes, some dirty lawyers, and some assistant district attorneys, openly committing crimes at court benches. Dr. Asanov also

requests help of law enforcement agencies to deal with the crimes of judicial corruption.

**80.** Dr. Asanov is seeking protection against the criminals, specific prophylactic actions against them, incarceration, retribution, deterrence, other types of punishment, as well rehabilitation that will efficiently deter Ms. Kravets, Ms. Olga Asanov, and other actors of the organized criminal group against committing their crimes of exploitation and the abuse of the U.S. system, including the police, sheriff and courts for their criminal purposes. Dr. Asanov urges the police, FBI, ICE, DHS, DOJ and other authorities to press criminal charges against Ms. Kravets and other bad actors, investigate their crimes and bring the criminal to justice.

**81.** **CONSPIRACY AND CONCERT OF ACTION.** Defendants entered into and through various overt acts described above an agreement between themselves to illegally deprive Dr. Asanov and his minor children of their basic civil rights for their own personal enrichment and profit. Defendants exploited numerous criminal mechanisms outlined in Figure 2, including malicious prosecution, Stalin-Beria falsifications and fabrications behind closed door and cynically openly in front of public and other bad actors and implemented said agreement and conspiracy, in concert of action, and each aiding and abetting the other, such that Defendants are jointly and severally liable for the resulting damages to Plaintiffs.

**82.** **CLASS ACTION ALLEGATIONS.** Plaintiffs bring this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(1)(B) and 23(b)(3) on behalf of themselves, and the following Classes, defined as follows: All minor children and their parents that were the subject of delinquency proceedings in the Wake County Courts from January 1, 2018 through June 7, 2023 (the Class Period), and were the subject of a proceeding presided over by either Defendants Bell, Worley, or Bousman and were adjudicated delinquent and/or referred for placement or mental health evaluation at detention facilities owned by Wake County or North Carolina government.

**83.** All adult individuals who were the parents and/or guardians of class member minors that were affected in their civil rights and their parent-child bonds were broken, as a result of the decisions rendered by Defendants Bell, Worley, and Bousman against the children and parents class member.

**84.** Plaintiffs reserve the right herein to define other classes and/or subclasses in their Motion for Class Certification.

**85.** The members of the above classes are so numerous that joinder of all members in impracticable, as required by Rule 23(a)(1). The disposition of the claims of the members of the classes in a single class action will provide substantial benefits to all parties and to the Court.

**86.** The exact number of class members is presently unknown, and can only be ascertained by examining the financial and administrative records of Defendants, as well as the available records and decisions of Defendants Bell, Worley and Bousman. Upon information and belief, however, the number of minor class members, and adult class members number goes well into the hundreds of victims.

**87.** Plaintiffs will fairly and adequately represent the respective classes, and protect the interests of the members of the classes. The named Plaintiffs are members of the respective classes, and will retain competent counsel, experienced in class action litigation. Neither of the named Plaintiffs have interests antagonistic to, or in conflict with the interests of the other members of the class.

**88.** Plaintiffs and U.S. National Security will suffer imminent irreparable harm, if the organized criminal group continues to commit their crimes of the scheme Kids-For-Cash-NC and destroy Dr. Asanov and his laboratory TIRF Labs. At given circumstances of dysfunctional law enforcement agencies and tight and systematic criminal organization of the criminal group of Defendants, Plaintiffs lacks any adequate remedy to withstand damages to him personally as a victim of the Kids-For-Cash crimes, as well as against damages to the U.S. National security.

**89. WHEREFORE, Plaintiff, Dr. Asanov, asks this Court to enter judgment to provide the following relief:**

**A. TO PREVENT DAMAGES TO U.S. NATIONAL SECURITY, THE TIRF LABS, INC., A HIGH TECHNOLOGY FIRM ESTABLISHED BY DR. ASANOV AT HIS RESIDENCE AT 106 GRENDON PLACE, CARY, NC 27519, MUST REMAIN IN DR. ASANOV'S POSSESSION AND CONTROL. THE U.S. GOVERNMENT IMPOSES FEDERAL PROTECTION PROGRAM ONTO TIRF LABS, WHICH IS OF PARAMOUNT IMPORTANCE FOR U.S. NATIONAL SECURITY. Dr. Asanov petitions this Court to order protective injunctive relief to Dr. Asanov's laboratory, TIRF Labs, at 106 Grendon Place, Cary, NC, to prevent further damages to U.S. national security.**

**B. ORDER THAT THE DEFENDANTS BELINDA SUKEENA COMPENSATES THE PLAINTIFFS $1,500,000.00 FOR DIRECT DAMAGES AND PUNITIVE DAMAGES WILL BE DETERMINED BY THE JURORS.**

**C. ORDER THAT THE DEFENDANT TANYA PLEKAN COMPENSATES THE PLAINTIFFS $1,500,000.00 FOR DIRECT DAMAGES AND PUNITIVE DAMAGES WILL BE DETERMINED BY THE JURORS.**

**D. ORDER THAT THE DEFENDANT OLGA ASANOV COMPENSATES DR. ASANOV IN AMOUNT**

$1,500,000.00 FOR DIRECT DAMAGES. DR. ASANOV WILL REQUEST THE JURORS TO DETERMINE THE AMOUNT OF PUNITIVE DAMAGES.

E. ORDER THAT THE DEFENDANT OLENA KRAVETS COMPENSATES DR. ASANOV IN AMOUNT $2,910,000.00 FOR DIRECT DAMAGES. DR. ASANOV WILL REQUEST THE JURORS TO DETERMINE THE AMOUNT OF PUNITIVE DAMAGES.

JURY TRIAL DEMANDED.

Attachments:
1. Exhibit 2022-07-13 (6 pages) – Affidavit of Dr. Asanov testifying about attempted-murder and other crimes committed by Ms. Kravets
2. Exhibit 2019-08-28 (4 pages) – Affidavit of Ms. Kravets testifying that Dr. Asanov "...is one of the best fathers and one of the best American citizens."

June 12, 2023

Dr. Alexander Asanov,
Plaintiff, for Himself
106 Grendon Place, Cary NC 27519
P: (919) 771-6863; alexander.asanov@gmail.com