UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Dr. Alexander N. Asanov, individually, and on behalf of his children, Daniel A. Asanov, Nicolas A. Asanov, minor AVK, similarly situated children and parents - victims of the Kids-For-Cash-NC criminal industry, and on behalf of future generations of American children and parents,<br>    Plaintiffs<br><br>vs.<br><br>Belinda K. Sukeena,<br>Tanya A. Plekan,<br>Anna E. Worley,<br>Monica M. Bousman,<br>Julie L. Bell,<br>Olga S. Asanov, and<br>Olena M. Kravets,<br>the organized criminal group of<br>    Defendants | Case No. 5:23-CV-00310-M-KS<br><br>CIVIL ACTION<br><br><br><br>**Motion for Default Judgement against Defendant Belinda K. Sukeena<br>and<br>Proof of Summons Serving** |

NOW COMES PLAINTIFF, Dr. Asanov, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 moves the court to enter a Default Judgement against Defendant Belinda K. Sukeena, which orders that Defendant Sukeena compensates to Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov and his children. In support of his motion Dr. Asanov shows the following:

1. Defendant Belinda K. Sukeena, hereinafter Sukeena, is an adult individual residing at 104 Monarch Way, Cary, NC 27518.
2. Sukeena was at all relevant times a lawyer representing the Defendant Olga Asanov in the Wake County Courts. It is believed and, therefore, averred that Sukeena is the key person who has masterminded, orchestrated, coached other colluders, and played the central role in plotting and implementing the Kids-For-Cash-NC criminal schemes.
3. Upon filing this civil action, on June 14, 2023, Dr. Asanov, rendered to Wake County Sheriff respective Summons to be served onto Defendant Sukeena.
4. Sheriff's office attested that on June 15, 2023, the Summons and copies of the original civil action were served onto Defendant Sukeena.
5. Sheriff showed that respective evidence of service has been supplied to the Clerk of the Court.
6. Exhibit 10-11-2023 provides two additional proofs that the Summons has been served onto Defendant Sukeena. First two pages of the Exhibit 10-11-2023 copy email message from

Defendant Sukeena, which provides clear evidence that the Summons has been served onto Sukeena. The third page of Exhibit 10-11-2023 is copy of return receipt provided by USPS certified mail.

7. Defendant Sukeena has failed to plead or otherwise defend. She places herself above the law and insolently continues masterminding the crimes Kids-for-cash and intimidates her victims.
8. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 Dr. Asanov moves the court to enter a Default Judgement against Defendant Belinda K. Sukeena.
9. Dr. Asanov requests this court to order that Defendant Sukeena compensates Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov, his children, his high-tech business TIRF Labs, and to U.S. National Security as a side effect of her crimes.
10. Defendants Sukeena knowingly and willingly exploited malicious prosecution as a part of the Kids-For-Cash criminal scheme.
11. Dr. Asanov requests this court or jurors determine the amount of compensation that the Defendant Sukeena must compensate for punitive damages to deter others from committing similar misconduct.
12. Sukeena committed sadistic malfeasance with respect to minor children, gross immorality, demonstrated her belligerent lawless, unparalleled cynicism, and sadistic negation of the most fundamental constitutional rights of U.S. citizens, including minor children, at the expense of favoring criminally misconducting illegal immigrants.
13. Sukeena violated basic Family Court rules and the basic human principles, sabotaged due process in the court, sabotaged the testimonies of witnesses, conspired with Defendant Worley behind closed doors and deprived the civil rights of Plaintiff, minor children, and those similarly situated, utilizing a widespread and persistent practice of the Kids-For-Cash-NC schemes.
14. Dr Asanov has on his files overwhelming body of evidence about crimes committed by Defendant Sukeena. There are numerous witnesses of Sukeena's misconduct.
15. Dr. Asanov insisted on mental Health Evaluation (MHE) to everyone involved into the conflict. It was the OBLIGATION prescribed by law that the Defendant Sukeena as the lawyer for alcoholism-degraded Defendant Olga Asanov, appoints MHE for all involved parties. Dr. Asanov insisted and volunteered to pay for the MHE.
16. Defendant Sukeena, however, sabotaged. Sukeena's colleague, John McNeil, Esq. joined Sukeena in or about October 2018. The first thing that John McNeil suggested was - MHE for all involved parties. Sukeena sabotaged, because it would break her criminal scheme Kids-For-Cash-NC and ruin her criminal plans to enrich herself by the criminal ways.
17. It is well known that denial to be tested for alcoholism, similar to that in the case of DUI, is the most powerful symptom of alcoholism and DUI, respectively. Sukeena had precision personal knowledge that her client, Olga Asanov, is suffering from alcoholism degradation and

cognitive disorders, which made her unfit person for primary custody of the children. However, neither law, nor the best interests of children, nor court rules are driving the Defendant Sukeena. Pathological greed, belligerent aggressive feminism, the malicious mother syndrome, violation of RICO, 18 U.S.C. § 1961, et seq, are driving her misconduct and are making Sukeena a person unfit for the legal profession of family lawyer.

18. Dr. Asanov requests that this court orders that Belinda Sukeena compensates Dr. Asanov 1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov his children, his high-tech business TIRF Labs, and to U.S. National Security as a side effect of her crimes.
19. Dr. Asanov will request this court or jurors to determine the amount of compensation for punitive damages.
20. <u>Damages to U.S. National Security.</u> The U.S. Federal Government awarded to Dr. Asanov the status "Outstanding Researcher and Professor" and granted him $4.3 M to develop his biodefense technologies.
21. Dr. Asanov's professional work is of paramount importance for national security of the U.S. nation at the end of COVID-19 and at the verge of future pandemics.
22. The damages caused by the organized group of offenders have resulted in damages to biological safety of the U.S. during the COVID-19 pandemic, caused unnecessary suffering of millions of Americans, and deaths of hundreds of thousands Americans.
23. This civil action pursues the goal to obtain the relief on civil aspects of the assaults committed by the organized group, to obtain monetary compensations for the damages, and to resume professional work for biological safety and security of American nation.
24. Plaintiff, Dr. Asanov, his children, his business TIRF Labs, and U.S. National Security have suffered enormous harm caused by misconduct of Defendant Sukeena.

**WHEREFORE, Plaintiff, Dr. Asanov, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 moves the court to enter a Default Judgement against Defendant Belinda K. Sukeena, which orders that Defendant Sukeena compensates to Dr. Asanov $1,500,000.00 (One million five hundred thousand dollars) for the damages that her vicious crimes caused to Dr. Asanov his children, his high-tech business TIRF Labs, and to U.S. National Security as a side effect of her crimes.**

October 11, 2023

_____
Dr. Alexander Asanov,
Plaintiff, for Himself
106 Grendon Place, Cary NC 27519
P: (919) 771-6863; alexander.asanov@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned Plaintiff, Dr. Asanov, has this day filed the foregoing pleading which will be entered electronically and sent notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system:

### CIVIL ACTION Case No. 5:23-CV-00310-M-KS
### Motion for Default Judgement against Defendant Belinda K. Sukeena
### And Proof of Summons Serving

Plaintiff, Dr. Asanov, certifies that he also sent by electronic mail copies of this pleading to the following individuals:
Defendant Belinda Sukeena: bsukeena@gmail.com; bsukeena@sukeenalaw.com
Defendant Tanya Allison Plekan: info@plekanlaw.com; tap@plekanlaw.com
Elizabeth Curran O'Brien    eobrien@ncdoj.gov
Shawna D. Vasilko    svasilko@dobsonlawnc.com
Corrupt, pro-criminal judge Julie Bell   julie.l.bell@nccourts.org
United States Attorney Michael Easley Michael.Easley@usdoj.gov
United States Attorney Sandra J. Hairston Sandra.Hairston@usdoj.gov
US FBI Special Agent: pumpkinspice8@protonmail.com
US DOJ: Ref No: 301691714, criminal.division@usdoj.gov
Chief Judge Mangum:   Ned.mangum@nccourts.org
Judge Dunston Ashleigh.P.Dunston@nccourts.org ;   JudgeAshleigh.10@gmail.com
Judge Davidian vartan.a.davidian@nccourts.org; vadavidian@gmail.com
Judge Meyer louis.b.meyer@nccourts.org
Judge Court of Appeals Donna Stroud  sdj@coa.state.nc.us
NC Bar: complaints@ncbar.gov
U.S. Senator for North Carolina Thom Tillis scheduling@tillis.senate.gov; cirilo_perez@tillis.senate.gov; Seth_Williford@tillis.senate.gov; KimCanady_Barnes@tillis.senate.gov
Served to Defendant Olena Kravets by email lenaasanov@gmail.com
and USPS, to 224 Terrastone Pl, Cary, NC 27519.
Served to Defendant Olena Kravets by email lenaasanov@gmail.com
and USPS, to 224 Terrastone Pl, Cary, NC 27519.

October 11, 2023

_____
Dr. Alexander Asanov,
The Plaintiff, for Himself
106 Grendon Place
Cary NC 27519
P: (919) 771-6863
alexander.asanov@gmail.com