UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALEXANDER N. ASANOV, )
)
)
Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:23-CV-310-M**
)
)
)
BELINDA K. SUKEENA, TANYA A. )
PLEKAN, ANNA E. WORLEY, JUDGE )
MONICA M. BOUSMAN, JULIE L. BELL )
OLGA S. ASANOV, and OLENA M. )
KRAVETS, )
)
)
Defendants. )

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered August 16, 2023, the motion for entry of default [DE 9] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered October 10, 2023, the court DISMISSES the action without prejudice against Defendant Sukeena.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Recommendations [DE 52; DE 55; DE 56] are ADOPTED IN FULL and Plaintiff's Objections [DE 57; DE 58; DE 59] are OVERRULED. Plaintiff's Motion to Appoint Dual-Qualified Attorney, Motion to Impose Victim-Protection Program & Motion to Order DOJ/FBI Investigation [DE 12], Plaintiff's Reinstated Motion to Order DOJ/FBI Investigation & Motion to Arrest [DE 21], and Plaintiff's Motion for Default Judgment as to Belinda K. Sukeena [DE 44] are DENIED. Defendants' Motions to Dismiss [DE 25; DE 28; DE 32] are GRANTED.

**This Judgment Filed and Entered on March 7, 2024, and Copies To:**

| | |
|---|---|
| Alexander N. Asanov | (via CM/ECF electronic notification) |
| Robert S. Shields , Jr. | (via CM/ECF electronic notification) |
| Elizabeth Curran O'Brien | (via CM/ECF electronic notification) |
| Shawna D. Vasilko | (via CM/ECF electronic notification) |

DATE:    March 7, 2024                    PETER A. MOORE, JR., CLERK

(By)   /s/ Stephanie Mann
Deputy Clerk